Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

# UNITED STATES DISTRICT COURT FILED
### for the

_____ District of _____

__Virgina__ EASTERN _Alex._ Division    2026 JUN 17 P 3:53

Mr. Lester Fletcher

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No.  1:26cv1707-MSN-WEF

*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☑Yes  ☐No

**Plaintiff(s)**
*(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)*

-v-

The Army Air Force Exchange Services DOD Pete
Hegseth
Secretary of War
Kim Neiss Peterkin,Sarfeyah

**Defendant(s)**
*(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.  Do not include addresses here.)*

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
### (Non-Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to
electronic court files.  Under this rule, papers filed with the court should *not* contain: an individual's full social
security number or full birth date; the full name of a person known to be a minor; or a complete financial account
number.  A filing may include *only*: the last four digits of a social security number; the year of an individual's
birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any
other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in
forma pauperis.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## I.     The Parties to This Complaint

### A.     The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | Lester Fletcher |
| Address | 6600 Atwood St Apartment five, District Heights, MD 20747 |

| District Heights | MD | 20747 |
|---|---|---|
| *City* | *State* | *Zip Code* |

| | |
|---|---|
| County | Prince George County |
| Telephone Number | (227) 215-5978 |
| E-Mail Address | LesterFletcherCareer@gmail.com |

### B.     The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.  Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Pete Hegseth |
| Job or Title *(if known)* | Secretary of War |
| Address | 1000 Defense Pentagon, |

| Washington, | DC | 20301 |
|---|---|---|
| *City* | *State* | *Zip Code* |

| | |
|---|---|
| County | |
| Telephone Number | |
| E-Mail Address *(if known)* | |

☐ Individual capacity     ☑ Official capacity

Defendant No. 2

| | |
|---|---|
| Name | Kim Neiss |
| Job or Title *(if known)* | General Manager |
| Address | 6095 GORGAS RD BLDG 2304 |

| FORT BELVOIR | VA | 22060 |
|---|---|---|
| *City* | *State* | *Zip Code* |

| | |
|---|---|
| County | Arlington Virginnia |
| Telephone Number | 703-337-9168 |
| E-Mail Address *(if known)* | |

☐ Individual capacity     ☑ Official capacity

Page 2 of 6

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

Defendant No. 3

Name     Peterkin, Sarfeyah

Job or Title *(if known)*     Store Manager

Address     204 Pershing Dr,

| Fort Myer | va | 22211 |
|---|---|---|
| *City* | *State* | *Zip Code* |

County     Arling Virginga

Telephone Number     571) 777-8515

E-Mail Address *(if known)*

☐ Individual capacity    ☑ Official capacity

Defendant No. 4

Name

Job or Title *(if known)*

Address

| | | |
|---|---|---|
| *City* | *State* | *Zip Code* |

County

Telephone Number

E-Mail Address *(if known)*

☐ Individual capacity    ☑ Official capacity

## II.  Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]."  Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.     Are you bringing suit against *(check all that apply)*:

☑ Federal officials (a *Bivens* claim)

☐ State or local officials (a § 1983 claim)

B.     Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983.  If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

Title VII of the Civil Rights Act of 1964 is codified at 42 U.S.C. § 2000e
The ADA is codified primarily at 42 U.S.C. §12101 and subsequent sections, establishing federal protections against disability discrimination.

C.     Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights.  If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

D.    Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

## III.    Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.    Where did the events giving rise to your claim(s) occur?
204 Pershing Dr, Fort Myer Virginia

B.    What date and approximate time did the events giving rise to your claim(s) occur?
Approximately-JULY17,2024 JULY 31, 2024, AUGUST 1 AND 3 OF 2024

C.    What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*
I Was Retaliated against again and wrongfully terminated after I filed a second EEO Complaint for Disability Discrimination for the agency breaking the first settlement agreement

and I didn't accept the agency's second settlement agreement attempt because of those violations, the next day after the attempt to settle a separation of employment was documented for my removal from the agency. The first Settlement agreement was from EEO ADR signed March 4, 2024, for Disability Accommodation and Religious Accommodation.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## IV.    Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Since my wrongful termination of gainful employment. I have suffered more severe health problems that's documented. I was told that if my medications are causing drowsiness and making me tardy to stop taking it by the store manager or I could be fired. A day came where I worked my eight hours and had to get home to take meds I was told I had to stay another eight hours I complained in an email about my medication I had to take and the agency didn't like that because work emails hold a 7-year retention. I AM just beginning to regain some balance from these injuries, though if I don't achieve a full recovery the neurology effects could remain permanent causing, maybe homelessness and unable to work again. I've suffered seizures in which I never had and twitching in which I never had, my job performance was documented daily by the federal agency's cameras, I've never had these problems with my health. In addition to my vision has gotten worse. I been hospitalized this year and placed back on meds.

Also, I had my 2019 BMW repossessed approximately November of 2024 and left me in debt of with over $20,000. My Military Star Card, I apply for promoted through the agency who pressure me to get one to become a better advocate to get military personnel to apply for one has missed payment I AM in debt way-over $4,000. I AM now receiving warfare food stamps, utility and rent assistance. My unemployment was taken from me by the Agency that identified themselves as Non-Appropriated Funds.

## V.    Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

A Jury Trial Verdict or a Court Settlement that will include my job paycheck for the rest of my life that must not interfere with my Social Security disability payments with medical insurance included for the rest of my life and with not a penny of out of the pocket payments. Plus, a lump sum of money that will cover all of my debt and afford me a home and a car paid off. Right the agency is garnishing fifteen percent of my Social Security Disability payments to pay off the Military Star Card balance that since then being fired accumulated,

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## VI.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    6/17/26

Signature of Plaintiff

Printed Name of Plaintiff    Mr. Lester Fletcher

### B.    For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Address

|  | City | State | Zip Code |
|---|---|---|---|

Telephone Number

E-mail Address

LesterFletcherCareer@gmail.com
6600 Atwood Street Apt 5
District Heights, Maryland 20747
Phone | 227-215-5978

§ MR. LESTER FLETCHER§-

Plaintiff,

vs

PETE HEGSETH THE DEPARTMENT OF
WAR AND THE ARMY AIRFORCE
EXCHANGE SERVICES

Defendants,

**Sex, Sexuality, Religion,
FAILURE TO
ACCOMMODATE A
DISABILITY
RELIGIOUS Accommodation.
Harassment, Defamation,
Reprisal, Color, Race, Physical
Discrimination. Genetic
Discrimination. And W
Wrongful termination
Reconsideration on the denial of
EEO Investigation Ended May of
2026
From July 17, 2025>Complaint.
Reprisal NBR-Case: from EEO
Complaint on 01/22/2025 2025-
0048**

Retaliation in a Federal Workplace `

June 2026

**A nurse recently won a $41 million jury verdict in her discrimination and wrongful
termination lawsuit against Kaiser Permanente, a health care provider based in Oakland,
Calif.**

1 | P A G E

**Page Numbers to Plaintiff's Exhibits are in the top right-hand corner of the exhibits.**

**JURY TRIAL REQUEST or**

**SUMMARY JUDGEMENT**



Pro Se /Mr. Lester Fletcher

*HARASSMENT*: **THE ADEA ALSO PROHIBITS HARASSMENT BASED ON AGE, WHICH CAN INCLUDE OFFENSIVE REMARKS OR CREATING A HOSTILE WORK ENVIRONMENT DUE TO AN INDIVIDUAL'S AGE. SEE PLAINTIFF'S EXHIBIT 1 PAGE 51-52-54-55. IN *SHEPHARD V. CROSSCOUNTRY MORTGAGE*, A JURY AWARDED A FORMER CPA $2.1 MILLION AFTER FINDING SHE WAS TERMINATED DUE TO AGE DISCRIMINATION.**

*SEE PLAINTIFF EXHIBIT 1 PAGES 11-21 AND 40 ALSO-EXHIBIT 2 PAGE 61-62.* **EVERYONE THE STORE MANGER HIRED AFTER THE PLAINTIFF WAS HIRED, WERE YOUNGER THAN HIM. AFTER HE WASWRONGFULLY FIRED, THE DEFENDANTS KEPT A YOUNGER WORKER AT THE TIME-ROSELYN TORRES. BUT DID NOTHING ABOUT THIS INCIDENT ON JUNE 22, 2024 OTHER THAN BLAMED THE PLAINTIFF AND SAID TRAIN HER RIGHT, SAYING ROSELYN WAS YOUNG A BRIGHT LADY AND WHY DOESN'T THE PLAINTIFF LIKE HER. THREE MOTHS AFTER HIS EEO ACTIVITY. AND (IF) ROSELYN TORRES NO LONGER WORK THERE, WHEN WAS SHE LET GO AND WHY, IS BECAUSE OF EVERTHING THE PLAINTIFF IS STATING?IN ADDITION SEE PLAINTIFF'S EXHIBIT 2 PAGES 110-111.**

*$2.1M Payout Shows Risk in Senior Staff Cuts*

**Title VII of the Civil Rights Act of 1964**

*EDITOR'S NOTE: The following is the text of Title VII of the Civil Rights Act of 1964 (Title VII) (Pub. L. 88-352), as amended. Title VII is codified at 42 U.S.C. 2000e*

**<u>Protected EEO</u> Activity: On January 14th, 2025, the plaintiff requested Disability Accommodation in his workspace. January 17, 2025, fifi the store Manager did not accommodate the plaintiff properly. January 22, 2025, he filed with EEO about workplace discrimination. schedule Mediation a counteroffer was given to accommodate his Religious Beliefs and his Disability. In which the plaintiff and DOD General Manger ACCEPTED and SIGNED on Approximately March 4, 2025: FLETCHER, Lester N-2025-0048. Settlement contract was breached Approximately July 16 and 17, 2025 the plaintiff wasn't accommodated properly, instead he was fired because he did complain. See plaintiff's <u>Exhibit 1</u> pages 1-(9)-14. And 42-43. $9.3 Million Wrongful Termination Verdict. A $9.3 million verdict** was awarded in a California workplace discrimination case involving the wrongful termination of **Marilyn Buron**, a 69-year-old certified occupational hand therapist. The plaintiff Mr. Lester Fletcher, who has a previous 3 years documented work history with DOD was also wrongfully terminated.**

**Retaliation After Breach of an EEO Agreement**

*HARASSMENT*: THE ADEA ALSO PROHIBITS HARASSMENT BASED ON AGE, WHICH CAN INCLUDE OFFENSIVE REMARKS OR CREATING A HOSTILE WORK ENVIRONMENT DUE TO AN INDIVIDUAL'S AGE. SEE PLAINTIFF'S EXHIBIT 1 PAGE 51-52-54-55. IN *SHEPHARD V. CROSSCOUNTRY MORTGAGE*, A JURY AWARDED A FORMER CPA $2.1 MILLION AFTER FINDING SHE WAS TERMINATED DUE TO AGE DISCRIMINATION.

SEE PLAINTIFF EXHIBIT 1 PAGES 11-21 AND 40 ALSO-EXHIBIT 2 PAGE 61-62. EVERYONE THE STORE MANGER HIRED AFTER THE PLAINTIFF WAS HIRED, WERE YOUNGER THAN HIM. AFTER HE WASWRONGFULLY FIRED. THE DEFENDANTS KEPT A YOUNGER WORKER AT THE TIME-ROSELYN TORRES. BUT DID NOTHING ABOUT THIS INCIDENT ON JUNE 22, 2024 OTHER THAN BLAMED THE PLAINTIFF AND SAID TRAIN HER RIGHT. SAYING ROSELYN WAS YOUNG A BRIGHT LADY AND WHY DOESN'T THE PLAINTIFF LIKE HER. THREE MOTHS AFTER HIS EEO ACTIVITY. AND (IF) ROSELYN TORRES NO LONGER WORK THERE. WHEN WAS SHE LET GO AND WHY. IS BECAUSE OF EVERTHING THE PLAINTIFF IS STATING?IN ADDITION SEE PLAINTIFF'S EXHIBIT 2 PAGES 110-111.

*$2.1M Payout Shows Risk in Senior Staff Cuts*

Title VII of the Civil Rights Act of 1964

*EDITOR'S NOTE: The following is the text of Title VII of the Civil Rights Act of 1964 (Title VII) (Pub. L. 88-352), as amended. Title VII is codified at 42 U.S.C. 2000e*

If you believe you were retaliated against after an **EEO Agreement** (such as a settlement or final agency action) was breached, you may have a claim under both **EEOC enforcement guidance** and **29 CFR § 1614.504**." "Federal laws, including **Title VII of the Civil Rights Act, the ADA, and the ADEA**, explicitly prohibit retaliation against employees who participate in EEO processes ("legalclarity.org"). Courts have consistently upheld these protections, clarifying that retaliation includes any action that could deter a reasonable person from exercising their rights, as established in **Burlington Northern & Santa Fe Railway Co. v. White (2006)"**

- **The Age Discrimination in Employment Act of 1967 (ADEA)**
- **Title I of the Americans with Disabilities Act of 1990 (ADA)**
- **Sections 102 and 103 of the Civil Rights Act of 1991**
- **Sections 501 and 505 of the Rehabilitation Act of 1973**
- **The Genetic Information Nondiscrimination Act of 2008 (GINA)** See plaintiff Exhibit 1 pages 1-9 and 28, 43-44 and 52.

EEOC v. ABERCROMBIE & FITCH STORES, INC. **SEE PLAINTIFF'S EXHIBIT 2 page 92 in MAY Of 2025 PAGES 1-12 Military hours** THE PLAINTIFF DISABILITY AGREEMENT Workstation and disability chair was taken from him and given to the new hiree a female 20 years old and a Spanish person. That alone is **RACE, SEX AGE AND DISABILITY DISCRIMINATION. It's on camera, McNair has a big o camera there in front of the workstation. The plaintiff was sent back to Fort Myer in Arlington Virginia. Working night shifts only. When the plaintiff was hired, he was trained at Fort Myer his work location not**

*HARASSMENT*: THE ADEA ALSO PROHIBITS HARASSMENT BASED ON AGE, WHICH CAN INCLUDE OFFENSIVE REMARKS OR CREATING A HOSTILE WORK ENVIRONMENT DUE TO AN INDIVIDUAL'S AGE. SEE PLAINTIFF'S EXHIBIT 1 PAGE 51-52-54-55. IN *SHEPHARD V. CROSSCOUNTRY MORTGAGE*, A JURY AWARDED A FORMER CPA $2.1 MILLION AFTER FINDING SHE WAS TERMINATED DUE TO AGE DISCRIMINATION.

*SEE PLAINTIFF EXHIBIT 1 PAGES 11-21 AND 40 ALSO-EXHIBIT 2 PAGE 61-62.* EVERYONE THE STORE MANGER HIRED AFTER THE PLAINTIFF WAS HIRED, WERE YOUNGER THAN HIM. AFTER HE WASWRONGFULLY FIRED, THE DEFENDANTS KEPT A YOUNGER WORKER AT THE TIME-ROSELYN TORRES. BUT DID NOTHING ABOUT THIS INCIDENT ON JUNE 22, 2024 OTHER THAN BLAMED THE PLAINTIFF AND SAID TRAIN HER RIGHT. SAYING ROSELYN WAS YOUNG A BRIGHT LADY AND WHY DOESN'T THE PLAINTIFF LIKE HER. THREE MOTHS AFTER HIS EEO ACTIVITY. AND (IF) ROSELYN TORRES NO LONGER WORK THERE. WHEN WAS SHE LET GO AND WHY. IS BECAUSE OF EVERTHING THE PLAINTIFF IS STATING?IN ADDITION SEE PLAINTIFF'S EXHIBIT 2 PAGES 110-111.

*$2.1M Payout Shows Risk in Senior Staff Cuts*

Title VII of the Civil Rights Act of 1964

*EDITOR'S NOTE: The following is the text of Title VII of the Civil Rights Act of 1964 (Title VII) (Pub. L. 88-352), as amended. Title VII is codified at 42 U.S.C. 2000e*

McNair, Roselyn was hired at Fort Myer too to cover Carol absence from Carol's request to be transferred to Fort Belvoir Virginia. Your Honor please keep in mind that there are two settlement attempts here, and one began in January 2025 and was successful as of March 2025. However, the plaintiff rejected the second attempt on July 31,2025 because of violation of the first agreement on the same charges, in which his prior EEO engagement, that he against the defendants and was fired for after h on August 3rd, 2025, a Sunday. After he had helped the defendants train Roselyn as a Shift Manager, a younger worker approximately 20 years old at the time and a Spanish Female.

Mr Lester Fletcher Online **1Corinthians126 Religious Accommodation social media Active** for over 12 years now. In the first settlement counteroffer the plaintiff was granted access to his Religious Media platform. **See plaintiff's Exhibit 1 pages 1-8 and 28-(29) above, section information.**

"The judge noted that **EEOC regulations (29 C.F.R. § 1614.407)** grant a right to file in district court **180 days after filing the formal complaint**, regardless of whether the plaintiff cooperated or missed deadlines during the administrative process. The judge acknowledged that Brown's case was not dismissed for procedural failures at the EEOC; instead, he had exercised his statutory right to bypass the agency and go directly to court after the deadline. **Brown v. Broadcasting Board of Governors, 2006 WL 3443282.**
 "The plaintiff has not heard back from EEO about his EEOC administrative hearing since he signed for them to upload his information to proceed with a hearing. Approximately April 8th, 2026. **See plaintiff's Exhibit 1 pages 22-24.**

The plaintiff is entering his complaint before the Federal Court because he was retaliated against after he brought complaints against the agency in EEO and their ADR program. The Army Air Force Exchange Services and DOD Pete Hesgeth fired him and discriminated against his disability. On July 31,2025 the plaint was offered an EEO Counteroffer from these charges the plaintiff declined because the defendants broke the first settlement agreement, signed approximately March 4,2025 for his Disability and Religious accommodations. **The defendants on August 1, 2025,** documented a separation of employment the day after he refused the second counteroffer, and that document of separation of employment **on August 3rd,**
*HARASSMENT*: **THE ADEA ALSO PROHIBITS HARASSMENT BASED ON AGE, WHICH CAN INCLUDE OFFENSIVE REMARKS OR CREATING A HOSTILE WORK ENVIRONMENT DUE TO AN INDIVIDUAL'S AGE. SEE PLAINTIFF'S EXHIBIT 1 PAGE 51-52-54-55. IN *SHEPHARD V. CROSSCOUNTRY MORTGAGE*, A JURY AWARDED A FORMER CPA $2.1 MILLION AFTER FINDING SHE WAS TERMINATED DUE TO AGE DISCRIMINATION.**

***SEE PLAINTIFF EXHIBIT 1 PAGES 11-21 AND 40 ALSO-EXHIBIT 2 PAGE 61-62.* EVERYONE THE STORE MANGER HIRED AFTER THE PLAINTIFF WAS HIRED, WERE YOUNGER THAN HIM. AFTER HE WASWRONGFULLY FIRED, THE DEFENDANTS KEPT A YOUNGER WORKER AT THE TIME-ROSELYN TORRES. BUT DID NOTHING ABOUT THIS INCIDENT ON JUNE 22, 2024 OTHER THAN BLAMED THE PLAINTIFF AND SAID TRAIN HER RIGHT, SAYING ROSELYN WAS YOUNG A BRIGHT LADY AND WHY DOESN'T THE PLAINTIFF LIKE HER. THREE MOTHS AFTER HIS EEO ACTIVITY, AND (IF) ROSELYN TORRES NO LONGER WORK THERE, WHEN WAS SHE LET GO AND WHY, IS BECAUSE OF EVERTHING THE PLAINTIFF IS STATING?IN ADDITION SEE PLAINTIFF'S EXHIBIT 2 PAGES 110-111.**

*$2.1M Payout Shows Risk in Senior Staff Cuts*

**Title VII of the Civil Rights Act of 1964**

*EDITOR'S NOTE: The following is the text of Title VII of the Civil Rights Act of 1964 (Title VII) (Pub. L. 88-352), as amended. Title VII is codified at 42 U.S.C. 2000e*

**2025, was presented to the plaintiff when he returned to work, on a Sunday. See Plaintiff's Exhibit 1 pages 1-21**

**EEO Reprisal, Physical Disability and Religious Discrimination etc. In which he was fired approximately 17 days before his anniversary year with the Agency and his probation period would have ended. He granted EEO an extension on September 3rd, 2025, to further conduct the EEO investigations into if there was actual Reprisal and Discriminations in the plaintiff's workplace, AAFES DOD" Fort Myer and Fort Leslie McNair.**

# "Understanding Failure to Accommodate a Disability

A **failure to accommodate** occurs when an employer refuses to make a reasonable workplace adjustment for a qualified employee with a disability, despite the employee's request and the employer's obligation to engage in a good faith "interactive process" to find a solution. Under the **Americans with Disabilities Act (ADA)**, employers must provide such accommodations unless doing so would cause an **undue hardship** (significant difficulty or expense). **See plaintiff's Exhibit pages 1- and 27 -29 and pages 40-43 and page 99.**

(If) the plaintiff in this case had been successfully accommodated with the right chair with a footstool and arm rest as it was implemented in his first settlement agreement. The plaintiff would have better physical abilities of circulation in his legs to move around but instead he was mocked by the store manger for moving too slowly at times as she would come to demonstrate to him the way he moves by making fun of his limited abilities at the time. The extra two chairs that were bought for the plaintiff by the

*HARASSMENT*: THE ADEA ALSO PROHIBITS HARASSMENT BASED ON AGE, WHICH CAN INCLUDE OFFENSIVE REMARKS OR CREATING A HOSTILE WORK ENVIRONMENT DUE TO AN INDIVIDUAL'S AGE. SEE PLAINTIFF'S EXHIBIT 1 PAGE 51-52-54-55. IN *SHEPHARD V. CROSSCOUNTRY MORTGAGE*, A JURY AWARDED A FORMER CPA $2.1 MILLION AFTER FINDING SHE WAS TERMINATED DUE TO AGE DISCRIMINATION.

*SEE PLAINTIFF EXHIBIT 1 PAGES 11-21 AND 40 ALSO-EXHIBIT 2 PAGE 61-62.* EVERYONE THE STORE MANGER HIRED AFTER THE PLAINTIFF WAS HIRED, WERE YOUNGER THAN HIM. AFTER HE WASWRONGFULLY FIRED, THE DEFENDANTS KEPT A YOUNGER WORKER AT THE TIME-ROSELYN TORRES. BUT DID NOTHING ABOUT THIS INCIDENT ON JUNE 22, 2024 OTHER THAN BLAMED THE PLAINTIFF AND SAID TRAIN HER RIGHT. SAYING ROSELYN WAS YOUNG A BRIGHT LADY AND WHY DOESN'T THE PLAINTIFF LIKE HER. THREE MOTHS AFTER HIS EEO ACTIVITY. AND (IF) ROSELYN TORRES NO LONGER WORK THERE, WHEN WAS SHE LET GO AND WHY. IS BECAUSE OF EVERTHING THE PLAINTIFF IS STATING?IN ADDITION SEE PLAINTIFF'S EXHIBIT 2 PAGES 110-111.

*$2.1M Payout Shows Risk in Senior Staff Cuts*

**Title VII of the Civil Rights Act of 1964**

*EDITOR'S NOTE: The following is the text of Title VII of the Civil Rights Act of 1964 (Title VII) (Pub. L. 88-352), as amended. Title VII is codified at 42 U.S.C. 2000e*

store manager were taken from his office a given to her best friend in receiving. **See plaintiff Exhibit 2 page 99.** The plaintiff was then told if he wanted another chair to go to McNair himself and get the white one there. The chair that the plaintiff complained about hurt his back and didn't have arm nor footstool or a swivel motion. In which brought the attention of the two new chairs to accommodate the plaintiff successfully. One for Fort McNair in Washington Dc location and one for Fort Myer in Arlington Virginia's location. The plaintiff is now having problems with his left leg and balance. The plaintiff was hospitalized in January of 2026 **See Plaintiff's Exhibit 2 page-65.** After he went from doctor to doctor in December of 2025 to figure out what happened to his balance, but no one could figure out at the time other than diagnosing him with high blood pressure, vertigo and stress until he was admitted in January of 2026 from an MRI report that showed inflammation for not taking medication properly because of his workplace Stress and interactions he complained about, In addition requesting a transfer as his female coworker Carol was transferred, **See the plaintiff's Exhibit 1 page 42 also his Exhibit 2 page 86 and 87 .** The plaintiff was told by the Agency if the medication he was taking, making him late for work, that he needed to stop taking it and find another doctor, supposedly in a joking manner. The plaintiff told the store manager that she doesn't hear herself sometimes. The plaintiff had complications in taking his medication while at work because it made him sleepy at times and sometimes dizzy and caused him to oversleep sometimes; it's why he requested the day shift but his boss, Mrs. Perkin said she sleep with an oxygen mask and the plaintiff's medication

*HARASSMENT:* THE ADEA ALSO PROHIBITS HARASSMENT BASED ON AGE, WHICH CAN INCLUDE OFFENSIVE REMARKS OR CREATING A HOSTILE WORK ENVIRONMENT DUE TO AN INDIVIDUAL'S AGE. SEE PLAINTIFF'S EXHIBIT 1 PAGE 51-52-54-55. IN *SHEPHARD V. CROSSCOUNTRY MORTGAGE,* A JURY AWARDED A FORMER CPA $2.1 MILLION AFTER FINDING SHE WAS TERMINATED DUE TO AGE DISCRIMINATION.

*SEE PLAINTIFF EXHIBIT 1 PAGES 11-21 AND 40 ALSO-EXHIBIT 2 PAGE 61-62.* EVERYONE THE STORE MANGER HIRED AFTER THE PLAINTIFF WAS HIRED, WERE YOUNGER THAN HIM. AFTER HE WASWRONGFULLY FIRED, THE DEFENDANTS KEPT A YOUNGER WORKER AT THE TIME-ROSELYN TORRES. BUT DID NOTHING ABOUT THIS INCIDENT ON JUNE 22, 2024 OTHER THAN BLAMED THE PLAINTIFF AND SAID TRAIN HER RIGHT, SAYING ROSELYN WAS YOUNG A BRIGHT LADY AND WHY DOESN'T THE PLAINTIFF LIKE HER. THREE MOTHS AFTER HIS EEO ACTIVITY. AND (IF) ROSELYN TORRES NO LONGER WORK THERE, WHEN WAS SHE LET GO AND WHY, IS BECAUSE OF EVERTHING THE PLAINTIFF IS STATING?IN ADDITION SEE PLAINTIFF'S EXHIBIT 2 PAGES 110-111.

*$2.1M Payout Shows Risk in Senior Staff Cuts*

**Title VII of the Civil Rights Act of 1964**

*EDITOR'S NOTE: The following is the text of Title VII of the Civil Rights Act of 1964 (Title VII) (Pub. L. 88-352), as amended. Title VII is codified at 42 U.S.C. 2000e*

can't do all that, The plaintiff told his boss but you work the day shift right?, so the plaintiff preferred to take his medication after work but at times he could not get home to take his medication in time (the plaintiff's immune system was weakening) because being stuck at work doing another eight hour shift after his had ended, doing so for a shift manger that didn't show up for work and was excused up until the plaintiff was fired. Prior to that the plaintiff was afraid of losing his career dream job, he complained verbally to his manager and in a work email to the general manager approximately **April 18th, 2025,** and to the EEO Investigator about his medication since than he is seeking full recovery, and if he gets transportation he will then participate in rehabilitation recovery classes. Yes, the plaintiff is blaming the defendants in apart for his physical impairment; medical condition worsening at the time of his employment with them. In addition, for the first time he did have a nurse to come to his home and visit him through his current state insurance after his employment with the defendants ended.

"**Marlo Spaeth**: A Walmart employee with Down syndrome was awarded over $125 million after being fired for changing her schedule and refusing to acco mmodate her disability." **Anthony Sansone v. Megan Brennan** A jury returned a verdict in his favor and Sansone recovered compensatory damages, as well as back and front pay."

*HARASSMENT*: THE ADEA ALSO PROHIBITS HARASSMENT BASED ON AGE, WHICH CAN INCLUDE OFFENSIVE REMARKS OR CREATING A HOSTILE WORK ENVIRONMENT DUE TO AN INDIVIDUAL'S AGE. SEE PLAINTIFF'S EXHIBIT 1 PAGE 51-52-54-55. IN *SHEPHARD V. CROSSCOUNTRY MORTGAGE*, A JURY AWARDED A FORMER CPA $2.1 MILLION AFTER FINDING SHE WAS TERMINATED DUE TO AGE DISCRIMINATION.

*SEE PLAINTIFF EXHIBIT 1 PAGES 11-21 AND 40 ALSO-EXHIBIT 2 PAGE 61-62.* EVERYONE THE STORE MANGER HIRED AFTER THE PLAINTIFF WAS HIRED, WERE YOUNGER THAN HIM. AFTER HE WASWRONGFULLY FIRED, THE DEFENDANTS KEPT A YOUNGER WORKER AT THE TIME-ROSELYN TORRES. BUT DID NOTHING ABOUT THIS INCIDENT ON JUNE 22, 2024 OTHER THAN BLAMED THE PLAINTIFF AND SAID TRAIN HER RIGHT, SAYING ROSELYN WAS YOUNG A BRIGHT LADY AND WHY DOESN'T THE PLAINTIFF LIKE HER. THREE MOTHS AFTER HIS EEO ACTIVITY. AND (IF) ROSELYN TORRES NO LONGER WORK THERE, WHEN WAS SHE LET GO AND WHY, IS BECAUSE OF EVERTHING THE PLAINTIFF IS STATING?IN ADDITION SEE PLAINTIFF'S EXHIBIT 2 PAGES 110-111.

*$2.1M Payout Shows Risk in Senior Staff Cuts*

**Title VII of the Civil Rights Act of 1964**

*EDITOR'S NOTE: The following is the text of Title VII of the Civil Rights Act of 1964 (Title VII) (Pub. L. 88-352), as amended. Title VII is codified at 42 U.S.C. 2000e*

The PLAINTIFF was supposed to have been accommodated for his Fibromyalgia and Musculoskeletal Disability in the EEO Settlement. And he has scarring alopecia also called, cicatricial alopecia of the scalp are two of his ailments. The plaintiff was forced to wear a Aafes's hat over his head covering other workers were not made to wear Aafes hats. Genetics Discrimination. The Breach of His First **EEO SETTLEMENT OFFER AGAINST THE ARMY AIR FORCE EXCHANGE AND SERVICES** for the **PLAINTIFF RELIGOUS Accommodation and Disability accommodation.** To use his personal, phone while being stressed at work. It was Breached on **JULY 16th, 2025, See plaintiff Exhibit 1 page 41,44-46 where he was in protected EEO activity and wanted to file breach of contract agreement with EEO in July of 2025 according to his RACE, AGE. SEX, DISABILITY, RELIGION, COLOR Etc.** And July,16th, 2025 on this day, the plaintiff left from around Fifi the store manager hostility and went to dust on the sales and the wine bottles and released a tweet in Jesus Christ care, (1 Peter 5:7 Casting all your care upon HIM; for HE careth for you), from the stresses and stereotyping what Christianity means to the plaintiff. That he doesn't have to do all that by calling on Jesus on his Social

*HARASSMENT*: THE ADEA ALSO PROHIBITS HARASSMENT BASED ON AGE, WHICH CAN INCLUDE OFFENSIVE REMARKS OR CREATING A HOSTILE WORK ENVIRONMENT DUE TO AN INDIVIDUAL'S AGE. SEE PLAINTIFF'S EXHIBIT 1 PAGE 51-52-54-55. IN *SHEPHARD V. CROSSCOUNTRY MORTGAGE*, A JURY AWARDED A FORMER CPA $2.1 MILLION AFTER FINDING SHE WAS TERMINATED DUE TO AGE DISCRIMINATION.

SEE PLAINTIFF EXHIBIT 1 PAGES 11-21 AND 40 ALSO-EXHIBIT 2 PAGE 61-62. EVERYONE THE STORE MANGER HIRED AFTER THE PLAINTIFF WAS HIRED, WERE YOUNGER THAN HIM. AFTER HE WASWRONGFULLY FIRED, THE DEFENDANTS KEPT A YOUNGER WORKER AT THE TIME-ROSELYN TORRES. BUT DID NOTHING ABOUT THIS INCIDENT ON JUNE 22, 2024 OTHER THAN BLAMED THE PLAINTIFF AND SAID TRAIN HER RIGHT. SAYING ROSELYN WAS YOUNG A BRIGHT LADY AND WHY DOESN'T THE PLAINTIFF LIKE HER. THREE MOTHS AFTER HIS EEO ACTIVITY. AND (IF) ROSELYN TORRES NO LONGER WORK THERE. WHEN WAS SHE LET GO AND WHY, IS BECAUSE OF EVERTHING THE PLAINTIFF IS STATING?IN ADDITION SEE PLAINTIFF'S EXHIBIT 2 PAGES 110-111.

*$2.1M Payout Shows Risk in Senior Staff Cuts*

Title VII of the Civil Rights Act of 1964

*EDITOR'S NOTE: The following is the text of Title VII of the Civil Rights Act of 1964 (Title VII) (Pub. L. 88-352), as amended. Title VII is codified at 42 U.S.C. 2000e*

media. This is the agreement in the plaintiff's Settlement accommodation that he is entitled to. See plaintiff first settlement agreement in his **Exhibit 1 pages 7-11 and page (4) of that exhibit explains if it's breached what to do, though the plaintiff became aware of the breach approximately July 2025.**

See <u>EEOC v. ABERCROMBIE & FITCH STORES, INC.</u> Jun 1, 2015 · Respondent (Abercrombie) refused to hire Samantha Elauf, a practicing Muslim, because the headscarf that she wore pursuant to her religious obligations conflicted with Abercrombie's.

"(1) to fail or refuse to hire or to discharge any individual, or otherwise to discriminate against any individual with respect to his compensation, terms, conditions, or privileges of employment, because of such individual's race, color, religion, sex, or national origin; or

(2) to limit, segregate, or classify his employees or applicants for employment in any way which would deprive or tend to deprive any individual of employment opportunities or otherwise adversely affect his status as an employee, because of such individual's race, color, religion, sex, or national origin." <u>42 U. S. C. §2000e–2(a)</u>. These two

<u>*HARASSMENT*</u>: **THE ADEA ALSO PROHIBITS HARASSMENT BASED ON AGE, WHICH CAN INCLUDE OFFENSIVE REMARKS OR CREATING A HOSTILE WORK ENVIRONMENT DUE TO AN INDIVIDUAL'S AGE. SEE PLAINTIFF'S EXHIBIT 1 PAGE 51-52-54-55. IN *SHEPHARD V. CROSSCOUNTRY MORTGAGE*, A JURY AWARDED A FORMER CPA $2.1 MILLION AFTER FINDING SHE WAS TERMINATED DUE TO AGE DISCRIMINATION.**

***SEE PLAINTIFF EXHIBIT 1 PAGES 11-21 AND 40 ALSO-EXHIBIT 2 PAGE 61-62,* EVERYONE THE STORE MANGER HIRED AFTER THE PLAINTIFF WAS HIRED, WERE YOUNGER THAN HIM. AFTER HE WASWRONGFULLY FIRED, THE DEFENDANTS KEPT A YOUNGER WORKER AT THE TIME-ROSELYN TORRES. BUT DID NOTHING ABOUT THIS INCIDENT ON JUNE 22, 2024 OTHER THAN BLAMED THE PLAINTIFF AND SAID TRAIN HER RIGHT. SAYING ROSELYN WAS YOUNG A BRIGHT LADY AND WHY DOESN'T THE PLAINTIFF LIKE HER. THREE MOTHS AFTER HIS EEO ACTIVITY. AND (IF) ROSELYN TORRES NO LONGER WORK THERE. WHEN WAS SHE LET GO AND WHY, IS BECAUSE OF EVERTHING THE PLAINTIFF IS STATING?IN ADDITION SEE PLAINTIFF'S EXHIBIT 2 PAGES 110-111.**

<u>*$2.1M Payout Shows Risk in Senior Staff Cuts*</u>

**Title VII of the Civil Rights Act of 1964**

*EDITOR'S NOTE: The following is the text of Title VII of the Civil Rights Act of 1964 (Title VII) (Pub. L. 88-352), as amended. Title VII is codified at 42 U.S.C. 2000e*

proscriptions, often referred to as the "disparate treatment" (or "intentional discrimination") provision and the "disparate impact" provision, are the only causes of action under Title VII. The word "religion" is defined to "include[e] all aspects of religious observance and practice, as well as belief, unless an employer demonstrates that he is unable to reasonably accommodate to" a "religious observance or practice without undue hardship on the conduct of the employer's business." §2000e"

In addition Fifi has told the plaintiff that she is partially a Muslim and a times wore her head covering but married a rich Christian Man only because he has money, her family wanted her to marry a Muslim but the Muslim man in question wanted multiple wives and Fifi said that she was not having that and trying to recall approximately that day the plaintiff just left her presence because her beliefs were hers, then she says where are you going, she talks again about her and Qumar Abdullah names being Muslim (she used the word Arabic) and began to show the plaintiff pictures of her new house from her cellphone, while him and her are on the clock and not on a break and talking about the repairs in the basement being done to her new home etc. It is on camera. **Religious Discrimination.**

*HARASSMENT*: **THE ADEA ALSO PROHIBITS HARASSMENT BASED ON AGE, WHICH CAN INCLUDE OFFENSIVE REMARKS OR CREATING A HOSTILE WORK ENVIRONMENT DUE TO AN INDIVIDUAL'S AGE. SEE PLAINTIFF'S EXHIBIT 1 PAGE 51-52-54-55. IN *SHEPHARD V. CROSSCOUNTRY MORTGAGE*, A JURY AWARDED A FORMER CPA $2.1 MILLION AFTER FINDING SHE WAS TERMINATED DUE TO AGE DISCRIMINATION.**

*SEE PLAINTIFF EXHIBIT 1 PAGES 11-21 AND 40 ALSO-EXHIBIT 2 PAGE 61-62.* **EVERYONE THE STORE MANGER HIRED AFTER THE PLAINTIFF WAS HIRED, WERE YOUNGER THAN HIM. AFTER HE WASWRONGFULLY FIRED, THE DEFENDANTS KEPT A YOUNGER WORKER AT THE TIME-ROSELYN TORRES. BUT DID NOTHING ABOUT THIS INCIDENT ON JUNE 22, 2024 OTHER THAN BLAMED THE PLAINTIFF AND SAID TRAIN HER RIGHT, SAYING ROSELYN WAS YOUNG A BRIGHT LADY AND WHY DOESN'T THE PLAINTIFF LIKE HER. THREE MOTHS AFTER HIS EEO ACTIVITY. AND (IF) ROSELYN TORRES NO LONGER WORK THERE. WHEN WAS SHE LET GO AND WHY. IS BECAUSE OF EVERTHING THE PLAINTIFF IS STATING?IN ADDITION SEE PLAINTIFF'S EXHIBIT 2 PAGES 110-111.**

*$2.1M Payout Shows Risk in Senior Staff Cuts*

**Title VII of the Civil Rights Act of 1964**

*EDITOR'S NOTE: The following is the text of Title VII of the Civil Rights Act of 1964 (Title VII) (Pub. L. 88-352), as amended. Title VII is codified at 42 U.S.C. 2000e*

The plaintiff was hired on **August 21, 2024**, The plaintiff was hired as a Retail/Gas full time Shift Manger for Fort Myer's Shoppette with The Army Air Force Exchange and Services aka Aafes. See plaintiff's **Exhibit 2-page 1 Retaliation for previous EEO engagements.** For the Department of Defense in Virginia, his duty location. The plaintiff was told multiple times on January 17th, 2025, that he had to be moved and had to work in the Washington D.C area at the McNair location after his first during his first EEO Complaint, to give Mehmet lunch breaks a Rover's job description. But fifi stationed the plaintiff there on certain days as a Shift Manger because she said she was on a budget but stationed the plaintiff there and he was supposed to had been properly accommodated his disability there and he worked there sometimes for 10 hours with no lunch breaks or lunch breaks as other employees were granted. **EEO REPRISAL Disability Discrimination** McNair does not have Shift Mangers they have an Annex Operator Mehmet because the store is so small and he was working as the same responsibilities as a shift manger, that's what he was hired for.

**Approximately February 14th, 2025,** Roselyn Torres was introduced to the Team. I welcomed her. I was happy and tired of doing long hours and salary. No overtime pays but Roselyn became an employee with multiple no calls no shows. The plaintiff complained because him or his male co-worker got stick doing Roselyn shifts and the plaintiff had to get home to take his daily medication that made him sleepy and drowsy. Roselyn was excused from her tardiness and absence from work up until the day the plaintiff was fired. Roselyn had no experience, and the

*HARASSMENT:* THE ADEA ALSO PROHIBITS HARASSMENT BASED ON AGE, WHICH CAN INCLUDE OFFENSIVE REMARKS OR CREATING A HOSTILE WORK ENVIRONMENT DUE TO AN INDIVIDUAL'S AGE. SEE PLAINTIFF'S EXHIBIT 1 PAGE 51-52-54-55. IN *SHEPHARD V. CROSSCOUNTRY MORTGAGE*, A JURY AWARDED A FORMER CPA $2.1 MILLION AFTER FINDING SHE WAS TERMINATED DUE TO AGE DISCRIMINATION.

*SEE PLAINTIFF EXHIBIT 1 PAGES 11-21 AND 40 ALSO-EXHIBIT 2 PAGE 61-62.* EVERYONE THE STORE MANGER HIRED AFTER THE PLAINTIFF WAS HIRED, WERE YOUNGER THAN HIM. AFTER HE WASWRONGFULLY FIRED, THE DEFENDANTS KEPT A YOUNGER WORKER AT THE TIME-ROSELYN TORRES. BUT DID NOTHING ABOUT THIS INCIDENT ON JUNE 22, 2024 OTHER THAN BLAMED THE PLAINTIFF AND SAID TRAIN HER RIGHT. SAYING ROSELYN WAS YOUNG A BRIGHT LADY AND WHY DOESN'T THE PLAINTIFF LIKE HER. THREE MOTHS AFTER HIS EEO ACTIVITY. AND (IF) ROSELYN TORRES NO LONGER WORK THERE. WHEN WAS SHE LET GO AND WHY. IS BECAUSE OF EVERTHING THE PLAINTIFF IS STATING?IN ADDITION SEE PLAINTIFF'S EXHIBIT 2 PAGES 110-111.

*$2.1M Payout Shows Risk in Senior Staff Cuts*

**Title VII of the Civil Rights Act of 1964**

*EDITOR'S NOTE: The following is the text of Title VII of the Civil Rights Act of 1964 (Title VII) (Pub. L. 88-352), as amended. Title VII is codified at 42 U.S.C. 2000e*

plaintiff had three years' experience working for DOD Commissary in Retail in the past. The store Manager Peterkin aka fifi said that Roselyn was a young female who was pregnant, and the store needed someone young and fresh. In addition, Roselyn was a Spanish 20-year-old was given the plaintiff's day shift schedule he requested when he first started but the store manager told the plaintiff that he had to be available 24 hours a day as the shift manager and that he had to quite his night job doing security. The store manager aka fifi, Mrs. Peterkin however allowed Qumar a Muslim and Pakistan man work the day shift as well and his second job at night, Roselyn came aboard and made thing worst by harassing the plaintiff calling racist names, on June 22, 2025 and trying to create a scene because she wanted his schedule off Fridays off and Saturdays and she was coming in and out the facility manager's office at the time was the plaintiffs', though no threatening words were exchanged, in the plaintiff's defense he was provoked (Cathie Young mention this under recorded oath during unemployment hearing and that Roselyn was working days and the plaintiff was working nights). In other **See Plaintiff Exhibit1 (40), 45- 53 and 71-77.** And Exhibit **100** Qumar responded to the plaintiff's text and texted that he is at his other job, that he was allowed to work and be on the day shift and the plaintiff was told that he had to quit his night job because all shift managers have to be available 24/7 days a week.

**Approximately March 5th, 2025,** the plaintiff perceives that he was retaliated for his EEO engagement to receive Accommodation and written up for being on his break and exercising his counter-offer settlement to be Accommodated to post on his Religious Social Media page he was on one of his breaks.

*HARASSMENT*: **THE ADEA ALSO PROHIBITS HARASSMENT BASED ON AGE, WHICH CAN INCLUDE OFFENSIVE REMARKS OR CREATING A HOSTILE WORK ENVIRONMENT DUE TO AN INDIVIDUAL'S AGE. SEE PLAINTIFF'S EXHIBIT 1 PAGE 51-52-54-55. IN *SHEPHARD V. CROSSCOUNTRY MORTGAGE*, A JURY AWARDED A FORMER CPA $2.1 MILLION AFTER FINDING SHE WAS TERMINATED DUE TO AGE DISCRIMINATION.**

*SEE PLAINTIFF EXHIBIT 1 PAGES 11-21 AND 40 ALSO-EXHIBIT 2 PAGE 61-62.* **EVERYONE THE STORE MANGER HIRED AFTER THE PLAINTIFF WAS HIRED, WERE YOUNGER THAN HIM. AFTER HE WASWRONGFULLY FIRED, THE DEFENDANTS KEPT A YOUNGER WORKER AT THE TIME-ROSELYN TORRES. BUT DID NOTHING ABOUT THIS INCIDENT ON JUNE 22, 2024 OTHER THAN BLAMED THE PLAINTIFF AND SAID TRAIN HER RIGHT, SAYING ROSELYN WAS YOUNG A BRIGHT LADY AND WHY DOESN'T THE PLAINTIFF LIKE HER. THREE MOTHS AFTER HIS EEO ACTIVITY. AND (IF) ROSELYN TORRES NO LONGER WORK THERE. WHEN WAS SHE LET GO AND WHY. IS BECAUSE OF EVERTHING THE PLAINTIFF IS STATING?IN ADDITION SEE PLAINTIFF'S EXHIBIT 2 PAGES 110-111.**

*$2.1M Payout Shows Risk in Senior Staff Cuts*

**Title VII of the Civil Rights Act of 1964**

*EDITOR'S NOTE: The following is the text of Title VII of the Civil Rights Act of 1964 (Title VII) (Pub. L. 88-352), as amended. Title VII is codified at 42 U.S.C. 2000e*

**Kim Neiss the General Manager** On **April 18th, 2025,** The plaintiff was so angry that he sent Kimberely Neiss an email about Roselyn Torres being a no call no show. Then Ms. Neiss offered to come to the MAIN STORE and talk to him, but she never showed up or ever followed up and she told the plaintiff in an email that for sure she would be there, the plaintiff wanted a transfer like his female coworker Carol received. See plaintiff's Exhibit The plaintiff really begins to believe that Roselyn is being used to throwing him off because of his EEO filings. The plaintiff wanted to relocate to a different store to work but they would not let him, they said that they needed help there at Fort Myer. But they transferred Carol Dixon a female and a shift Manager request from Fort Myer Viriginia in January 2025. *See plaintiff's Exhibit 2 page 86-87, (77).*

*Work schedules are in Kronos, but Fifi never successfully trained the plaintiff on Kronos. Kronos was just one computer course; he signed off on. Peterkin did the schedules herself or Carol when she was there.* See plaintiff's Exhibit 2 pages 101-108.

On multiple occasions in **March, June and July Anne** went on to get the chair from out of the plaintiff's office at the time her boss. And thoroughly declared, in July 2025 the store manager Mrs. Peterkin aka fifi the plaintiff's boss, said do not touch it again because we are getting rid of him. The was some not left on the in receiving.

**In April of 2025** the plaintiff disability accommodation chair was taken out of his office and given to the store manager, Mrs. Peterkin's military and close best friend Anne also the plaintiff's boss at the time, the plaintiff being Anne's boss, the

*HARASSMENT:* THE ADEA ALSO PROHIBITS HARASSMENT BASED ON AGE, WHICH CAN INCLUDE OFFENSIVE REMARKS OR CREATING A HOSTILE WORK ENVIRONMENT DUE TO AN INDIVIDUAL'S AGE. SEE PLAINTIFF'S EXHIBIT 1 PAGE 51-52-54-55. IN *SHEPHARD V. CROSSCOUNTRY MORTGAGE,* A JURY AWARDED A FORMER CPA $2.1 MILLION AFTER FINDING SHE WAS TERMINATED DUE TO AGE DISCRIMINATION.

*SEE PLAINTIFF EXHIBIT 1 PAGES 11-21 AND 40 ALSO-EXHIBIT 2 PAGE 61-62,* EVERYONE THE STORE MANGER HIRED AFTER THE PLAINTIFF WAS HIRED, WERE YOUNGER THAN HIM. AFTER HE WASWRONGFULLY FIRED, THE DEFENDANTS KEPT A YOUNGER WORKER AT THE TIME-ROSELYN TORRES. BUT DID NOTHING ABOUT THIS INCIDENT ON JUNE 22, 2024 OTHER THAN BLAMED THE PLAINTIFF AND SAID TRAIN HER RIGHT, SAYING ROSELYN WAS YOUNG A BRIGHT LADY AND WHY DOESN'T THE PLAINTIFF LIKE HER. THREE MOTHS AFTER HIS EEO ACTIVITY. AND (IF) ROSELYN TORRES NO LONGER WORK THERE, WHEN WAS SHE LET GO AND WHY, IS BECAUSE OF EVERTHING THE PLAINTIFF IS STATING?IN ADDITION SEE PLAINTIFF'S EXHIBIT 2 PAGES 110-111.

*$2.1M Payout Shows Risk in Senior Staff Cuts*

Title VII of the Civil Rights Act of 1964

*EDITOR'S NOTE: The following is the text of Title VII of the Civil Rights Act of 1964 (Title VII) (Pub. L. 88-352), as amended. Title VII is codified at 42 U.S.C. 2000e*

shift manager and facility manager at the time on duty went to receiving get his chair. **See plaintiff's Exhibit 2 page 92.**

In May 0f 2025 The plaintiff was made fun of by the defendants about his Christianity Religion and subjected again to a hostile and retaliatory work environment with a real snake place in the facility at the time he was working there and he asked his employee at the time Jakobe did this ever happen be fore and he said no. See plaintiff **Exhibit 2 page 100**. The defendants were trying to intimidate the plaintiff to resign because of his EEO Activities. He was later told by the store manager Mrs. Peterkin aka Fifi, so there was a dead snake in the company's vehicle.

FIFI STARTED HARASSING THE PLAINTIFF WITH EMAILS AFTER HE FILED HIS SECOND EEO COMPLAINT AGAINST HER AND KIMBERELY NEISS ON **JULY 17TH, 2025**. HOSILE WORK ENVIROMENT MAKING HIS JOB MORE DIFFICULT TO DO BY SHORTNING STAFF AND PUTTING THE JANITOR ON LEAVE. LEAVING THE PLAINTIFF TO BE THE SHIFT MANAGER THE FACILTY MANAGER DOING RECEVING, BILLING, BEING A CASHIER, STOCKER, CLEANING SETTING AND REMOVING MOUSE TRAPS, PRICE LABELING, OPENING AND CLOSING THE STORE, DOING RECONCILATION ETC. THIS IS NOT A COMPLAINT OF MISCONDUCT ON THE PLAINT'S BEHALF BUT RETALIATION AND DISCRIMINATION THAT UNEMPLOYMENT OVERLOOKED. **SEE PLAINTIFF'S EXHIBIT 2 PAGES 4-11**

*HARASSMENT:* **THE ADEA ALSO PROHIBITS HARASSMENT BASED ON AGE, WHICH CAN INCLUDE OFFENSIVE REMARKS OR CREATING A HOSTILE WORK ENVIRONMENT DUE TO AN INDIVIDUAL'S AGE. SEE PLAINTIFF'S EXHIBIT 1 PAGE 51-52-54-55. IN** *SHEPHARD V. CROSSCOUNTRY MORTGAGE,* **A JURY AWARDED A FORMER CPA $2.1 MILLION AFTER FINDING SHE WAS TERMINATED DUE TO AGE DISCRIMINATION.**

*SEE PLAINTIFF EXHIBIT 1 PAGES 11-21 AND 40 ALSO-EXHIBIT 2 PAGE 61-62.* **EVERYONE THE STORE MANGER HIRED AFTER THE PLAINTIFF WAS HIRED, WERE YOUNGER THAN HIM. AFTER HE WASWRONGFULLY FIRED, THE DEFENDANTS KEPT A YOUNGER WORKER AT THE TIME-ROSELYN TORRES. BUT DID NOTHING ABOUT THIS INCIDENT ON JUNE 22, 2024 OTHER THAN BLAMED THE PLAINTIFF AND SAID TRAIN HER RIGHT. SAYING ROSELYN WAS YOUNG A BRIGHT LADY AND WHY DOESN'T THE PLAINTIFF LIKE HER. THREE MOTHS AFTER HIS EEO ACTIVITY. AND (IF) ROSELYN TORRES NO LONGER WORK THERE. WHEN WAS SHE LET GO AND WHY. IS BECAUSE OF EVERTHING THE PLAINTIFF IS STATING?IN ADDITION SEE PLAINTIFF'S EXHIBIT 2 PAGES 110-111.**

*$2.1M Payout Shows Risk in Senior Staff Cuts*

**Title VII of the Civil Rights Act of 1964**

*EDITOR'S NOTE: The following is the text of Title VII of the Civil Rights Act of 1964 (Title VII) (Pub. L. 88-352), as amended. Title VII is codified at 42 U.S.C. 2000e*

**SEE EXHIBIT 2 PAGES 81-85** THE PLAINTIFF WAS HARRASSED FOR TARDNIESS TAKING COURT PAPERS TO COURT AND APPEARING BEFRORE A DISTRICT JUDGE CASE #DLB-24-2350. AND ON TWO OF THOSE DAYS BELIVED JUNE 2, 2025, AND JUNE 14TH 205 THE PLAINTIFF TOOK SOME THING TO COURT AND ONE HE HAD TO ATTEND A FORMAL HEARING AND WAS HARRASSED BY FIFI FOR BEING TARDY GOING TO COURT, SHE SAID, YOU WERE SUPPPOSED TO BE AT WORK. THE JUDGE SEEN THE PLAINTIFF IN HIS WORK CLOTHES AND THE PLAINTIFF WENT TO WORK AFTERWARDS. HE WAS WRITTEN UP FOR BEING TARDY BUT ROSELYN NO CALL NO SHOW WAS EXCUSED EVERY TIME. THE CASE WAS CLOSED BECAUSE IT WAS STATED THAT THE PLAINTIFF FILED TOO LATE.

**ON JULY 30TH 2025,** THE PLAINTIFF WAS GIVEN INSTRUCTIONS TO PUT OUT SIGNS BUT HE BECOME INTENTIONALLY OVERWORKED BY MANAGEMENT BECAUSE OF A SHORTNESS OF STAFF AND EMPLOYEES CALLING OUT AND ONE WAS PLACED ON VACATION LEAVE. THE PLAINTIFF HAD TO PRETTY MUCH PREPARE THE STORE WITH LITTLE TO NO HELP, FOR THE NEXT DAY'S OPENING. SEE PLAINTIFF'S EXHIBIT 2 PAGES 88-89.

YES, THE PLAINTIFF WAS VERY DISGUSTED WITH MRS. PETERKIN AKA FIFI

BUT HE NEVER SHOWED VOILENCE BUT HE HIMSELF BECAME SUBJECTED TO A HOSTILE WORK ENVIROMENT. AND HAD EXPRESSED A DEFENSE TO THE HARRASMENT.

*IN ADDITION, THERE IS NO DISCIPINARY ACTION TAKEN AGAINST THE PLAINTIFF WHO WORKED ALONG SIDE THE MILITARY POLICE. BUT INSTEAD, FIFI SENT AN EMAIL WITH FALSE INFORMATION TO HER BOSS, AN MILITARY CO-WORKER FROM FORT BELVIOUR KIMBERLY NEISS. AN EMAIL LYING ABOUT THE PLAINTIFF SETTING OFF SILENT ALARMS THAT ONLY MILITARY POLICE COULD HEAR. THE AGENCY IN THEIR COUNTEROFFER ATTEMP STATED THAT THEY WOULD REMOVE THE WRITE UP THEY WERE HARASSING THE PLAINTIFF ABOUT.* **SEE EXHIBIT 2 PAGE 2 IF THERE WAS THE PLAINTIFF WASN'T NOTIFIED. SEE PLAINTIFF'S EXHIBIT 1 PAGES 15-21.**

*HARASSMENT*: THE ADEA ALSO PROHIBITS HARASSMENT BASED ON AGE, WHICH CAN INCLUDE OFFENSIVE REMARKS OR CREATING A HOSTILE WORK ENVIRONMENT DUE TO AN INDIVIDUAL'S AGE. SEE PLAINTIFF'S EXHIBIT 1 PAGE 51-52-54-55. IN *SHEPHARD V. CROSSCOUNTRY MORTGAGE,* A JURY AWARDED A FORMER CPA $2.1 MILLION AFTER FINDING SHE WAS TERMINATED DUE TO AGE DISCRIMINATION.

*SEE PLAINTIFF EXHIBIT 1 PAGES 11-21 AND 40 ALSO-EXHIBIT 2 PAGE 61-62.* EVERYONE THE STORE MANGER HIRED AFTER THE PLAINTIFF WAS HIRED, WERE YOUNGER THAN HIM. AFTER HE WASWRONGFULLY FIRED, THE DEFENDANTS KEPT A YOUNGER WORKER AT THE TIME-ROSELYN TORRES. BUT DID NOTHING ABOUT THIS INCIDENT ON JUNE 22, 2024 OTHER THAN BLAMED THE PLAINTIFF AND SAID TRAIN HER RIGHT. SAYING ROSELYN WAS YOUNG A BRIGHT LADY AND WHY DOESN'T THE PLAINTIFF LIKE HER. THREE MOTHS AFTER HIS EEO ACTIVITY. AND (IF) ROSELYN TORRES NO LONGER WORK THERE, WHEN WAS SHE LET GO AND WHY, IS BECAUSE OF EVERTHING THE PLAINTIFF IS STATING?IN ADDITION SEE PLAINTIFF'S EXHIBIT 2 PAGES 110-111.

*$2.1M Payout Shows Risk in Senior Staff Cuts*

**Title VII of the Civil Rights Act of 1964**

*EDITOR'S NOTE: The following is the text of Title VII of the Civil Rights Act of 1964 (Title VII) (Pub. L. 88-352), as amended. Title VII is codified at 42 U.S.C. 2000e*

THE PLAINTIFF WAS OFF FROM WORK ON FRIDAY AUGUST 1, 2025, HIS DAY OFF. WHEN THE PLAINTIFF RETURNED TO WORK ON SUNDAY AUGUST 3RD, 2025, HE WAS FIRED BY KIMBERLY NEISS WITH A SEPERATION NOTICE. AND KIM NEISS IGNORED HIM WHEN HE TOLD HER ABOUT ROSELYN TORRESM BEING RACISTS REMARKS AND PROVOKING. SAYING LESTER, WHAT DID YOU DO AND WAS TOLD THAT HE COULD COME BACK IN THE FUTURE. **THIS IS EEO REPRISAL DISCRIMINATION.**

TOYOTA MOTOR MANUFACTURING, KENTUCKY INC. V. WILLIAMS (2002):" " **[SUPERSEDED BY THE AMERICANS WITH DISABILITIES ACT AMENDMENTS ACT (ADAAA)]**—THE COURT HOLDS THAT, UNDER THE ADA, A PERSON IS SUBSTANTIALLY LIMITED IN A MAJOR LIFE ACTIVITY IF THEY HAVE "AN IMPAIRMENT THAT PREVENTS OR SIGNIFICANTLY RESTRICTS THE INDIVIDUAL FROM DOING ACTIVITIES THAT ARE OF CENTRAL IMPORTANCE TO MOST PEOPLE'S DAILY LIVES." .

I the plaintiff was told to do Safe Counts; The plaintiff was told to reconcile other cashiers; other managers from day shift's register drawers from the safe with information inside the cashier's drawer to know who was operating that register draw so it can be counted and reconciled correctly. Roselyn was excused. The Hostile Work Environment came when vendors yelled and fussed at the plaintiff because he was told by the store manager to make all of them sign in and take their own boxes out, the plaintiff did *See plaintiff's Exhibit 2 page 109*, but they didn't like it. The vendors told him that they had been coming there for 11 and to 17 years nobody never made them do that to them not even fifi the store manager. They went to fifi, and she would tell them well he's the new facility manager, those are his rules. The store manager fifi (Mrs. Peterkin) was causing tension

*HARASSMENT*: **THE ADEA ALSO PROHIBITS HARASSMENT BASED ON AGE, WHICH CAN INCLUDE OFFENSIVE REMARKS OR CREATING A HOSTILE WORK ENVIRONMENT DUE TO AN INDIVIDUAL'S AGE. SEE PLAINTIFF'S EXHIBIT 1 PAGE 51-52-54-55. IN *SHEPHARD V. CROSSCOUNTRY MORTGAGE*, A JURY AWARDED A FORMER CPA $2.1 MILLION AFTER FINDING SHE WAS TERMINATED DUE TO AGE DISCRIMINATION.**

*SEE PLAINTIFF EXHIBIT 1 PAGES 11-21 AND 40 ALSO-EXHIBIT 2 PAGE 61-62.* **EVERYONE THE STORE MANGER HIRED AFTER THE PLAINTIFF WAS HIRED, WERE YOUNGER THAN HIM. AFTER HE WASWRONGFULLY FIRED, THE DEFENDANTS KEPT A YOUNGER WORKER AT THE TIME-ROSELYN TORRES. BUT DID NOTHING ABOUT THIS INCIDENT ON JUNE 22, 2024 OTHER THAN BLAMED THE PLAINTIFF AND SAID TRAIN HER RIGHT, SAYING ROSELYN WAS YOUNG A BRIGHT LADY AND WHY DOESN'T THE PLAINTIFF LIKE HER. THREE MOTHS AFTER HIS EEO ACTIVITY. AND (IF) ROSELYN TORRES NO LONGER WORK THERE, WHEN WAS SHE LET GO AND WHY, IS BECAUSE OF EVERTHING THE PLAINTIFF IS STATING?IN ADDITION SEE PLAINTIFF'S EXHIBIT 2 PAGES 110-111.**

*$2.1M Payout Shows Risk in Senior Staff Cuts*

**Title VII of the Civil Rights Act of 1964**

*EDITOR'S NOTE: The following is the text of Title VII of the Civil Rights Act of 1964 (Title VII) (Pub. L. 88-352), as amended. Title VII is codified at 42 U.S.C. 2000e*

because of the plaintiff's EEO case he won against her for refusing to accommodate him properly earlier that year.

The plaintiff was told to stock, dust and front the store when needed. That he had to open to Open and Close the store on Aafes Official Documents, the Military Shoppettes. The plaintiff was told to clean the bathrooms and stock the Snack Avenue where to those were other shift managers assigned locations, and to stock the Roller bite coolers areas, to work the registers, stock the coolers and freezers. All the same daily repetitive tasks, for a year. The plaintiff was trained to pay the companies Bills- BOL Bill Of Lading, to put in Gas delivery orders in a computer system on fuel deliveries, a computer system at work, which kept freezing up and causing discrepancies, before the plaintiff was fired, he was given a TEAM- PLAYER AWARD FOR $700.00. The store manager has ordered the store new computers. The plaintiff was trained to put in Tickets Orders, Incidents Reports in and to do The End of the Day Reports and Price Changes, etc. The plaintiff was trained to sign all to daily sign in Sheets on clip boards hanging in His Office, along with some other computer training that was never used much, by anyone, he trained working in ASAP, ISP, and Microsoft Teams. Doing computer and Paperwork through his Y number **Y548746. As every employee has a Y number every store managers keep track of their job's with a Y number.**

Also, the plaintiff did Temperature Checks, unloaded warehouse receiving and moved merchandise to the floor to be stocked. The plaintiff transported merchandises to McNair with the help of a dolly jack moving pallets Roselyn was

*HARASSMENT*: THE ADEA ALSO PROHIBITS HARASSMENT BASED ON AGE, WHICH CAN INCLUDE OFFENSIVE REMARKS OR CREATING A HOSTILE WORK ENVIRONMENT DUE TO AN INDIVIDUAL'S AGE. SEE PLAINTIFF'S EXHIBIT 1 PAGE 51-52-54-55. IN *SHEPHARD V. CROSSCOUNTRY MORTGAGE*, A JURY AWARDED A FORMER CPA $2.1 MILLION AFTER FINDING SHE WAS TERMINATED DUE TO AGE DISCRIMINATION.

*SEE PLAINTIFF EXHIBIT 1 PAGES 11-21 AND 40 ALSO-EXHIBIT 2 PAGE 61-62.* EVERYONE THE STORE MANGER HIRED AFTER THE PLAINTIFF WAS HIRED, WERE YOUNGER THAN HIM. AFTER HE WASWRONGFULLY FIRED, THE DEFENDANTS KEPT A YOUNGER WORKER AT THE TIME-ROSELYN TORRES. BUT DID NOTHING ABOUT THIS INCIDENT ON JUNE 22, 2024 OTHER THAN BLAMED THE PLAINTIFF AND SAID TRAIN HER RIGHT, SAYING ROSELYN WAS YOUNG A BRIGHT LADY AND WHY DOESN'T THE PLAINTIFF LIKE HER. THREE MOTHS AFTER HIS EEO ACTIVITY. AND (IF) ROSELYN TORRES NO LONGER WORK THERE, WHEN WAS SHE LET GO AND WHY, IS BECAUSE OF EVERTHING THE PLAINTIFF IS STATING?IN ADDITION SEE PLAINTIFF'S EXHIBIT 2 PAGES 110-111.

*$2.1M Payout Shows Risk in Senior Staff Cuts*

**Title VII of the Civil Rights Act of 1964**

*EDITOR'S NOTE: The following is the text of Title VII of the Civil Rights Act of 1964 (Title VII) (Pub. L. 88-352), as amended. Title VII is codified at 42 U.S.C. 2000e*

excuse because Fifi said she was a female, talking about she's a woman and pregnant, come to find out Roselyn was lying and the defendant never checked to verify it at the time. The plaintiff had requested to work the day shift because he had a night job when he got hired but Fifi said that the only way he could keep the Shift Manager's position at Fort Myer Virginia was to be available twenty-four hours a day and 7 days a week. The plaintiff left his night job doing Security because Fifi Said that is the only way he could keep the Shift Manager's position. The plaintiff a Disabled Christian Black Man was placed on just nights to work at Fort Myer, in Virginia while Qumar a Pakistan Muslim was excused to work days and keep his night job. **See plaintiff Exhibit 2 pages 91 and 100.**

**In July of 2025** Fifi, the store manager, made the plaintiff sign off on all his hours of computer classes training. Being Hostile and trying to cover her tracks. Because the plaintiff was rushed through those signings to keep his career job.

On The Dayshift Fifi, had herself Qumar, Jalen, Anne, Asia, Fernando, and Marylou.

On the nightshift the plaintiff had either just himself, on some days, or Jakobe or and Keenan if they are scheduled or there are no call outs. Mr. Henry is there on three of the plaintiff's workdays. The plaintiff was treated this way for aggravating 10 months of harassment because of his EEO engagements.

The Claimant work alongside other Mangers

*HARASSMENT*: THE ADEA ALSO PROHIBITS HARASSMENT BASED ON AGE, WHICH CAN INCLUDE OFFENSIVE REMARKS OR CREATING A HOSTILE WORK ENVIRONMENT DUE TO AN INDIVIDUAL'S AGE. SEE PLAINTIFF'S EXHIBIT 1 PAGE 51-52-54-55. IN *SHEPHARD V. CROSSCOUNTRY MORTGAGE*, A JURY AWARDED A FORMER CPA $2.1 MILLION AFTER FINDING SHE WAS TERMINATED DUE TO AGE DISCRIMINATION.

*SEE PLAINTIFF EXHIBIT 1 PAGES 11-21 AND 40 ALSO-EXHIBIT 2 PAGE 61-62.* EVERYONE THE STORE MANGER HIRED AFTER THE PLAINTIFF WAS HIRED, WERE YOUNGER THAN HIM. AFTER HE WASWRONGFULLY FIRED, THE DEFENDANTS KEPT A YOUNGER WORKER AT THE TIME-ROSELYN TORRES. BUT DID NOTHING ABOUT THIS INCIDENT ON JUNE 22, 2024 OTHER THAN BLAMED THE PLAINTIFF AND SAID TRAIN HER RIGHT. SAYING ROSELYN WAS YOUNG A BRIGHT LADY AND WHY DOESN'T THE PLAINTIFF LIKE HER. THREE MOTHS AFTER HIS EEO ACTIVITY. AND (IF) ROSELYN TORRES NO LONGER WORK THERE. WHEN WAS SHE LET GO AND WHY. IS BECAUSE OF EVERTHING THE PLAINTIFF IS STATING?IN ADDITION SEE PLAINTIFF'S EXHIBIT 2 PAGES 110-111.

*$2.1M Payout Shows Risk in Senior Staff Cuts*

**Title VII of the Civil Rights Act of 1964**

*EDITOR'S NOTE: The following is the text of Title VII of the Civil Rights Act of 1964 (Title VII) (Pub. L. 88-352), as amended. Title VII is codified at 42 U.S.C. 2000e*

Fort Belvoir/JB Myer-Henderson Hall/Fort McNair/Fort Walker

Army & Air Force Exchange Service

Business: 703-337-9194

Peterkin, Sarafeyh aka Fifi the Facility Manger when on duty for Fort Myer and McNair

Abullah, Qumar A Shift Manger

Herreratorres, Roselyn A Shift Manger a hiree after the PLAINTIFF start date with the company.

Irmak, Mehmet Annex Operator

Anne Luxon Warehouse Worker

Jalen       Warehouse Worker

Keenan Blake A Rover Worker

Jakobe Wills a Rover Worker

Marylou Belvism Cashier

Mr. Fernando Castelonf Cashier

Mr. Henry Hung Custodiam Worker

Approximately May 1, 2025, The plaintiff discovered that money was being taken out of his paycheck. The Army Air Force Express Services AND Department of Defense at the time now the Department of war allowed over $2000.00 to be garnished from the plaintiff paycheck without lawfully and properly notifying him.


SkyWest Airlines: A jury awarded $2.17 million in damages against SkyWest for sexually harassing Sarah Budd, including $170,000 for past and future compensatory damages and $2 million in punitive

*HARASSMENT*: **THE ADEA ALSO PROHIBITS HARASSMENT BASED ON AGE, WHICH CAN INCLUDE OFFENSIVE REMARKS OR CREATING A HOSTILE WORK ENVIRONMENT DUE TO AN INDIVIDUAL'S AGE. SEE PLAINTIFF'S EXHIBIT 1 PAGE 51-52-54-55. IN** *SHEPHARD V. CROSSCOUNTRY MORTGAGE,* **A JURY AWARDED A FORMER CPA $2.1 MILLION AFTER FINDING SHE WAS TERMINATED DUE TO AGE DISCRIMINATION.**

*SEE PLAINTIFF EXHIBIT 1 PAGES 11-21 AND 40 ALSO-EXHIBIT 2 PAGE 61-62.* **EVERYONE THE STORE MANGER HIRED AFTER THE PLAINTIFF WAS HIRED, WERE YOUNGER THAN HIM. AFTER HE WASWRONGFULLY FIRED, THE DEFENDANTS KEPT A YOUNGER WORKER AT THE TIME-ROSELYN TORRES. BUT DID NOTHING ABOUT THIS INCIDENT ON JUNE 22, 2024 OTHER THAN BLAMED THE PLAINTIFF AND SAID TRAIN HER RIGHT. SAYING ROSELYN WAS YOUNG A BRIGHT LADY AND WHY DOESN'T THE PLAINTIFF LIKE HER. THREE MOTHS AFTER HIS EEO ACTIVITY. AND (IF) ROSELYN TORRES NO LONGER WORK THERE. WHEN WAS SHE LET GO AND WHY. IS BECAUSE OF EVERTHING THE PLAINTIFF IS STATING?IN ADDITION SEE PLAINTIFF'S EXHIBIT 2 PAGES 110-111.**


*$2.1M Payout Shows Risk in Senior Staff Cuts*

**Title VII of the Civil Rights Act of 1964**

*EDITOR'S NOTE: The following is the text of Title VII of the Civil Rights Act of 1964 (Title VII) (Pub. L. 88-352), as amended. Title VII is codified at 42 U.S.C. 2000e*

damages. The jury reduced the award to $300,000 due to statutory caps under Title VII of the Civil Rights Act of 1964.

On **June 2, 2025**, the plaintiff took some documents to the courthouse in Maryland and was written up for tardiness.

On June 3rd, 2025, at 1409 Hours Qumar texted the Claimant that he is at his second job and asked was everything ok IN VIRIGINIA?

**On June 3rd, 2025,** So, the plaintiff was asking Fifi that day to bring the other chair from McNair, since she took him off, of McNair schedule and put Roslyn there on day shift (McNair closes at 1700 Hours and that's at 5:00 PM.) the plaintiff's body had gotten used to using that chair that was bought for him. It had a feet adjuster that stimulated circulation in his legs, The one at Fort Myer does not have those feet adjuster, though the plaintiff likes the chair there, because it is a bigger swivel, but it does not make him cautious to sit properly. The store manager had ordered the chair to her likings not to accommodate the plaintiff; she stated to him in case he no longer works there someone else can use the chair! Like the one at McNair and the one Fifi took out of the plaintiff's Office space and gave to her best Friend from Fort Belvoir; Anne, Aafes's warehouse worker at Fort Myers. It's on camera, the store has cameras throughout it. Fifi had set Anne and Jalen schedules for dayshift only just to help her out on the dayshift. Every time the PLAINTIFF called Fifi it would intentionally go to voice mail, most of the time.

On June 3rd, 2025, The Military Arlington Virginia police came to Fort Myer's, who is the Manager on Duty? I plaintiff said, I AM the officer said that he needed someone to go and reset the alarm to quiet it, because it is going off at McNair where Roselyn worked that day but the plaint was in Virginia he couldn't leave his location.

*HARASSMENT*: **THE ADEA ALSO PROHIBITS HARASSMENT BASED ON AGE, WHICH CAN INCLUDE OFFENSIVE REMARKS OR CREATING A HOSTILE WORK ENVIRONMENT DUE TO AN INDIVIDUAL'S AGE. SEE PLAINTIFF'S EXHIBIT 1 PAGE 51-52-54-55. IN *SHEPHARD V. CROSSCOUNTRY MORTGAGE*, A JURY AWARDED A FORMER CPA $2.1 MILLION AFTER FINDING SHE WAS TERMINATED DUE TO AGE DISCRIMINATION.**

**SEE PLAINTIFF EXHIBIT 1 PAGES 11-21 AND 40 ALSO-EXHIBIT 2 PAGE 61-62. EVERYONE THE STORE MANGER HIRED AFTER THE PLAINTIFF WAS HIRED, WERE YOUNGER THAN HIM. AFTER HE WASWRONGFULLY FIRED, THE DEFENDANTS KEPT A YOUNGER WORKER AT THE TIME-ROSELYN TORRES. BUT DID NOTHING ABOUT THIS INCIDENT ON JUNE 22, 2024 OTHER THAN BLAMED THE PLAINTIFF AND SAID TRAIN HER RIGHT. SAYING ROSELYN WAS YOUNG A BRIGHT LADY AND WHY DOESN'T THE PLAINTIFF LIKE HER. THREE MOTHS AFTER HIS EEO ACTIVITY. AND (IF) ROSELYN TORRES NO LONGER WORK THERE, WHEN WAS SHE LET GO AND WHY, IS BECAUSE OF EVERTHING THE PLAINTIFF IS STATING?IN ADDITION SEE PLAINTIFF'S EXHIBIT 2 PAGES 110-111.**

*$2.1M Payout Shows Risk in Senior Staff Cuts*

Title VII of the Civil Rights Act of 1964

*EDITOR'S NOTE: The following is the text of Title VII of the Civil Rights Act of 1964 (Title VII) (Pub. L. 88-352), as amended. Title VII is codified at 42 U.S.C. 2000e*

**On June 4ᵗʰ, 2025,** the PLAINTIFF'S staff said to him, we're short of staff we need help, Management told the plaintiff that he would get more help when he started. And was told by a current employee and Fifi herself that she had a staff of about 16 to 20 people, sometimes ten associates, during the day and approximately six a night.

One of the Rover workers told the plaintiff that two of them would be on the floor while the cashiers were on the registers. The Plaintiff told fifi, you are not getting that kind of service, being short of staff all you have me to do. The store manager has a total of six good workers during the day. When the plaintiff gets to work it just him, two Rovers Workers and Mr. Henry the janitor if he is not off or if no one calls out.

NORFOLK, Va.- The U.S. Equal Employment Opportunity Commission (EEOC) announced today that on Tuesday a federal jury awarded $4,050,000 to Stephanie Denning Hoff following a four- day trial conducted on her behalf by the U.S. Equal Employment Opportunity Commission (EEOC) against Bon Secours DePaul Medical Center, Inc. for unlawful retaliation. The jury awarded $1,050,000 in compensatory damages and $3 million in punitive damages to Ms. Denning Hoff after she was forced to resign from her position as Director of Operative Services following her attempts to prevent sexual harassment in the hospital's operating rooms and facility. "I feel vindicated," said Stephanie Denning Hoff, following the jury's verdict.

Herbert Brown, Director of the EEOC's Norfolk area office, said, "This was an intelligent jury, a jury which saw the real reason the hospital forced Ms. Denning Hoff to resign."

The EEOC's lawsuit, Civil Action No. 2:02cv728, filed in September 2002 in U.S. District Court for the Eastern District of Virginia, involved the unlawful termination of Stephanie Denning Hoff from her position at DePaul, in retaliation for Ms. Denning Hoff's role in addressing complaints by employees about sexually harassing behavior in the operating room environs by a nurse.

**June 15, 2025,** the new guy from overseas is mentioned to be hired again from Qumar. On **July 15ᵗʰ, 2025.** The plaintiff and facility manager sent Roselyn, Fifi, and Qamar an email. About Roslyn absence from work.

*HARASSMENT:* **THE ADEA ALSO PROHIBITS HARASSMENT BASED ON AGE, WHICH CAN INCLUDE OFFENSIVE REMARKS OR CREATING A HOSTILE WORK ENVIRONMENT DUE TO AN INDIVIDUAL'S AGE. SEE PLAINTIFF'S EXHIBIT 1 PAGE 51-52-54-55. IN** *SHEPHARD V. CROSSCOUNTRY MORTGAGE,* **A JURY AWARDED A FORMER CPA $2.1 MILLION AFTER FINDING SHE WAS TERMINATED DUE TO AGE DISCRIMINATION.**

*SEE PLAINTIFF EXHIBIT 1 PAGES 11-21 AND 40 ALSO-EXHIBIT 2 PAGE 61-62.* **EVERYONE THE STORE MANGER HIRED AFTER THE PLAINTIFF WAS HIRED, WERE YOUNGER THAN HIM. AFTER HE WASWRONGFULLY FIRED, THE DEFENDANTS KEPT A YOUNGER WORKER AT THE TIME-ROSELYN TORRES. BUT DID NOTHING ABOUT THIS INCIDENT ON JUNE 22, 2024 OTHER THAN BLAMED THE PLAINTIFF AND SAID TRAIN HER RIGHT. SAYING ROSELYN WAS YOUNG A BRIGHT LADY AND WHY DOESN'T THE PLAINTIFF LIKE HER. THREE MOTHS AFTER HIS EEO ACTIVITY. AND (IF) ROSELYN TORRES NO LONGER WORK THERE, WHEN WAS SHE LET GO AND WHY, IS BECAUSE OF EVERTHING THE PLAINTIFF IS STATING?IN ADDITION SEE PLAINTIFF'S EXHIBIT 2 PAGES 110-111.**

*$2.1M Payout Shows Risk in Senior Staff Cuts*

**Title VII of the Civil Rights Act of 1964**

*EDITOR'S NOTE: The following is the text of Title VII of the Civil Rights Act of 1964 (Title VII) (Pub. L. 88-352), as amended. Title VII is codified at 42 U.S.C. 2000e*

On June 20th, 2025, The plaintiff got a $700.00 Monetary Award on his pay stub for being a collaborator. A Team-Player but was told if he keep quiet and just work that he could get more. **See plaintiff's Exhibit 2 page 80.**

On June 22, 2025, the plaintiff is now being accused of not securing things.

On June 29th, 2025, An employee called out and the plaintiff did not know until he got to work. No one is in the store but him. The plaintiff had to email Fifi boss Kimberly Neiss. Kim Sent Marta from Fort Belvoir to help the plaintiff in the store at Fort Myer in Virginia. **See plaintiff Exhibit 2 page 93.**

On June 30th, 2025, Keenan a Rover-worker, called out sick, the plaintiff had had no help, the plaintiff then put in vacation leave for **October 2025** with the store manager but was fired before his vacation leave. **See plaintiff's Exhibit1 page s 14-21 and Exhibit 2 page 97.**

On July 2nd, 2025, the plaintiff gets to work to relieve the dayshift shift manager and Roselyn is in Fifi 's office sitting in a chair watching Fifi work, it's on camera, trashed piled up for the plaintiff to do. Then Roselyn gets up runs to the Store Floor pretending like she is working. The store floor has not been swept. The bathroom is dirty and stinky; product food is not stocked. Snack Avenue is dirty. This also is what grieved the PLAINTIFF that a lot of times he comes to work the store is not prepared for him as he prepares the store for next morning's opening or closing shifts. **See plaintiff's Exhibit 1 page 41. I AM not sure if Roselyn still works there but she was still employed with the defendants when the plaintiff was fired!**

July 2nd, 2025, Fifi is harassing the plaintiff again about Roselyn. Fifi calls and Email Cathy Young about the plaintiff's accommodation and that no one told her, Fifi got Irate where the plaintiff had to leave to go outside at approximately 1431 hours that day. It is on camera. The First Settlement Agreement detailed that Kim Neiss, Mrs. Peterkin boss was to inform her about the accommodations for the plaintiff, however Kim Neiss told the plaintiff when she came to Fort Myer Virginia in March, 2025, that they had no more Reasonable Accommodation forms 1600-003 and that she signed off on the agreement not to worry about it. That being said the plaintiff isn't surprised if Mrs. Peterkin didn't have proper documentation. In addition Mrs. Peterkin was aware though because she purchased the Accommodation chair (s) she just failed to accommodate the plaintiff properly out of intentional retaliation.

*HARASSMENT*: THE ADEA ALSO PROHIBITS HARASSMENT BASED ON AGE, WHICH CAN INCLUDE OFFENSIVE REMARKS OR CREATING A HOSTILE WORK ENVIRONMENT DUE TO AN INDIVIDUAL'S AGE. SEE PLAINTIFF'S EXHIBIT 1 PAGE 51-52-54-55. IN *SHEPHARD V. CROSSCOUNTRY MORTGAGE*, A JURY AWARDED A FORMER CPA $2.1 MILLION AFTER FINDING SHE WAS TERMINATED DUE TO AGE DISCRIMINATION.

*SEE PLAINTIFF EXHIBIT 1 PAGES 11-21 AND 40 ALSO-EXHIBIT 2 PAGE 61-62.* EVERYONE THE STORE MANGER HIRED AFTER THE PLAINTIFF WAS HIRED, WERE YOUNGER THAN HIM. AFTER HE WASWRONGFULLY FIRED, THE DEFENDANTS KEPT A YOUNGER WORKER AT THE TIME-ROSELYN TORRES. BUT DID NOTHING ABOUT THIS INCIDENT ON JUNE 22, 2024 OTHER THAN BLAMED THE PLAINTIFF AND SAID TRAIN HER RIGHT, SAYING ROSELYN WAS YOUNG A BRIGHT LADY AND WHY DOESN'T THE PLAINTIFF LIKE HER. THREE MOTHS AFTER HIS EEO ACTIVITY. AND (IF) ROSELYN TORRES NO LONGER WORK THERE, WHEN WAS SHE LET GO AND WHY, IS BECAUSE OF EVERTHING THE PLAINTIFF IS STATING?IN ADDITION SEE PLAINTIFF'S EXHIBIT 2 PAGES 110-111.

*$2.1M Payout Shows Risk in Senior Staff Cuts*

**Title VII of the Civil Rights Act of 1964**

*EDITOR'S NOTE: The following is the text of Title VII of the Civil Rights Act of 1964 (Title VII) (Pub. L. 88-352), as amended. Title VII is codified at 42 U.S.C. 2000e*

On July 8th, 2025, Fifi told the plaintiff to go price some stuff on the Sales floor in Departments that fifi assigned to Roslyn and Dietrich, the plaintiff Spanish young female shifts managers, to date and price those items and put them out. The plaintiff did as he was told he had to do, knowing it wasn't right, but he was afraid of being fired. I have a picture. Yes, the Plaintiff brought it to Fifi's attention, and she told the plaintiff that he oversees the Grocery Department that, that's grocery too. But every shift manager was assigned a Department!

In **July of 2025** I plaintiff was harassed by fifi in a sexual way. She introduces him to an employee at another store with the Agency. He was sitting in her office talking to her with a rhinestone fifty cap on his head. The plaintiff was in the warehouse that day working doing receiving with Anne and Qumar and Mehmet. Fifi comes to him and says, "I have someone that wants to meet you the guy she was referring to she said he said mmmm, who is that?

So fifi introduced the plaintiff as her New Shift Manager to Daryl, the MAIN STORE Supervisor for Aafes EXCHANGE. The plaintiff never talked to fifi about his sexuality, or Daryl. Daryl is cool but that is not the plaintiff's sexual preference anymore. The plaintiff is a Born again Christian and 15years celibate. So, the plaintiff told the store manager, Mrs. Peterkin aka fifi that, that wasn't ok and he feels harassed and that he had met Daryl before that he knows he works at EXCHANGE MAIN STORE ACROSS THE STREET AND HE DOESN'T HAVE PROBLEMS WORKING WITH GAY PEOPLE BUT HE HIMSELF IS NOT GAY. See plaintiff's Exhibit 1 page 40.

The plaintiff has Religious accommodation for a reason. Fifi harasses the plaintiff about those accommodations questioning his faith. But she GLORIFIED her and Qumar Muslim names! The plaintiff was telling his co-workers that he was going to sue the agency. Fifi the store manager said stop telling people in here that you are going to SUE this company and that she is being Discriminatory towards the plaintiff for sharing that. She then said, "You are creating a Hostile Work Environment talking about that stuff at work. I told Fifi that she does not know the law, do you! The plaintiff was talking to the other shift Managers and an employee about it because they told him how bad the Myer location was before he got there, and that Shift Mangers never stay and to watch fifi. **Permissible**

*HARASSMENT*: THE ADEA ALSO PROHIBITS HARASSMENT BASED ON AGE, WHICH CAN INCLUDE OFFENSIVE REMARKS OR CREATING A HOSTILE WORK ENVIRONMENT DUE TO AN INDIVIDUAL'S AGE. SEE PLAINTIFF'S EXHIBIT 1 PAGE 51-52-54-55. IN *SHEPHARD V. CROSSCOUNTRY MORTGAGE*, A JURY AWARDED A FORMER CPA $2.1 MILLION AFTER FINDING SHE WAS TERMINATED DUE TO AGE DISCRIMINATION.

*SEE PLAINTIFF EXHIBIT 1 PAGES 11-21 AND 40 ALSO-EXHIBIT 2 PAGE 61-62*, EVERYONE THE STORE MANGER HIRED AFTER THE PLAINTIFF WAS HIRED, WERE YOUNGER THAN HIM. AFTER HE WASWRONGFULLY FIRED, THE DEFENDANTS KEPT A YOUNGER WORKER AT THE TIME-ROSELYN TORRES. BUT DID NOTHING ABOUT THIS INCIDENT ON JUNE 22, 2024 OTHER THAN BLAMED THE PLAINTIFF AND SAID TRAIN HER RIGHT, SAYING ROSELYN WAS YOUNG A BRIGHT LADY AND WHY DOESN'T THE PLAINTIFF LIKE HER. THREE MOTHS AFTER HIS EEO ACTIVITY. AND (IF) ROSELYN TORRES NO LONGER WORK THERE, WHEN WAS SHE LET GO AND WHY, IS BECAUSE OF EVERTHING THE PLAINTIFF IS STATING?IN ADDITION SEE PLAINTIFF'S EXHIBIT 2 PAGES 110-111.

*$2.1M Payout Shows Risk in Senior Staff Cuts*

Title VII of the Civil Rights Act of 1964

*EDITOR'S NOTE: The following is the text of Title VII of the Civil Rights Act of 1964 (Title VII) (Pub. L. 88-352), as amended. Title VII is codified at 42 U.S.C. 2000e*

## Virginia law on Discussing Suing the Agency at Work

In Virginia, discussing the possibility of suing an agency at work is generally permissible under the law. Employees have the right to discuss their concerns with their employer or seek legal advice without fear of retaliation. The law protects employees' rights to express grievances and seek redress for unfair treatment or violations of their rights. However, employees should be aware of the potential consequences of such discussions, such as disciplinary action or termination, and should seek legal counsel if they believe their rights are being violated.

*Newell v. Carter Bank & Trust Age Discrimination*

In *Newell v. Carter Bank & Trust*, Patricia Alberta Newell filed suit against Carter Bank & Trust alleging retaliation under the Age Discrimination in Employment Act ("ADEA"). There, Newell began work at Carter Bank in 1999 as a Drive-Thru Teller and worked there for 21 years, serving as Assistant Vice President and Branch Manager at the time of her termination on May 1, 2020, at the age of sixty-seven

## **Breach of an EEO Settlement Agreement**

On July 16th, 2025, Fifi harasses the plaintiff for being tardy the other day for dropping off some emergency paperwork at Greenbelt Maryland courthouse. He had informed fifi and texted her. On July 16th, 2025, Fifi did harass the plaintiff about being on his cellphone trying to call EEO and **Violated his First Settlement Agreement through EEO where the plaintiff was granted Disability and Religious Accommodation. Religious Accommodation for workplace stress to be on his Spiritual Media etc.**

*HARASSMENT*: THE ADEA ALSO PROHIBITS HARASSMENT BASED ON AGE, WHICH CAN INCLUDE OFFENSIVE REMARKS OR CREATING A HOSTILE WORK ENVIRONMENT DUE TO AN INDIVIDUAL'S AGE. SEE PLAINTIFF'S EXHIBIT 1 PAGE 51-52-54-55. IN *SHEPHARD V. CROSSCOUNTRY MORTGAGE*, A JURY AWARDED A FORMER CPA $2.1 MILLION AFTER FINDING SHE WAS TERMINATED DUE TO AGE DISCRIMINATION.

*SEE PLAINTIFF EXHIBIT 1 PAGES 11-21 AND 40 ALSO-EXHIBIT 2 PAGE 61-62.* EVERYONE THE STORE MANGER HIRED AFTER THE PLAINTIFF WAS HIRED, WERE YOUNGER THAN HIM. AFTER HE WASWRONGFULLY FIRED, THE DEFENDANTS KEPT A YOUNGER WORKER AT THE TIME-ROSELYN TORRES. BUT DID NOTHING ABOUT THIS INCIDENT ON JUNE 22, 2024 OTHER THAN BLAMED THE PLAINTIFF AND SAID TRAIN HER RIGHT. SAYING ROSELYN WAS YOUNG A BRIGHT LADY AND WHY DOESN'T THE PLAINTIFF LIKE HER. THREE MOTHS AFTER HIS EEO ACTIVITY. AND (IF) ROSELYN TORRES NO LONGER WORK THERE. WHEN WAS SHE LET GO AND WHY. IS BECAUSE OF EVERTHING THE PLAINTIFF IS STATING?IN ADDITION SEE PLAINTIFF'S EXHIBIT 2 PAGES 110-111.

*$2.1M Payout Shows Risk in Senior Staff Cuts*

Title VII of the Civil Rights Act of 1964

*EDITOR'S NOTE: The following is the text of Title VII of the Civil Rights Act of 1964 (Title VII) (Pub. L. 88-352), as amended. Title VII is codified at 42 U.S.C. 2000e*

He has been HARASSED by Fifi for having his cellphone out on his breaks most of the time and about to make a Religious Tweet that he was accommodated to do and allowed to do, in the first Settlement Agreement against The Army, Air Force, Exchange Services in March of 2025 Fifi told the Claimant that she never heard such a thing.

The plaintiff told Fifi that she needs to then, verify it with her boss Kim Neiss because he and Kim talked, and he also told her months ago about the Religious Accommodation when Fifi was harassing him then. Fifi did come in the Claimant office with paperwork for him to sign that day as well, but he didn't, and she kept, yelling at him, and telling him that he must sign them. The plaintiff did not write himself up nor did he sign he refuses to sign that's all the store manager's doing. To get clear from the hostile environment the Claimant left the office and because he knew what she was trying to do set him up and cover her tracks, he went to dust the wine bottles off on the Retail Sales Floor, it is all on camera.

**On July 16th, 2025,** the plaintiff sent an email to Kim Neiss Fifi Boss that himself and the cashiers and Rover's workers are catching colds because they said they did not have a freezer jacket, we didn't. And in the email the plaintiff thinks he told Fifi that she has to figure out what is more important, a budget or her workers' health?

**On July 17th,2025** Fifi wrote the plaintiff up after he called EEO stating that the Alarm went off at Fort Myer and Officer Moore asked the plaintiff to call all his co-workers or whomever he can to turn the alarm off the plaintiff didn't hear it, but

*HARASSMENT:* THE ADEA ALSO PROHIBITS HARASSMENT BASED ON AGE, WHICH CAN INCLUDE OFFENSIVE REMARKS OR CREATING A HOSTILE WORK ENVIRONMENT DUE TO AN INDIVIDUAL'S AGE. SEE PLAINTIFF'S EXHIBIT 1 PAGE 51-52-54-55. IN *SHEPHARD V. CROSSCOUNTRY MORTGAGE,* A JURY AWARDED A FORMER CPA $2.1 MILLION AFTER FINDING SHE WAS TERMINATED DUE TO AGE DISCRIMINATION.

*SEE PLAINTIFF EXHIBIT 1 PAGES 11-21 AND 40 ALSO-EXHIBIT 2 PAGE 61-62.* EVERYONE THE STORE MANGER HIRED AFTER THE PLAINTIFF WAS HIRED, WERE YOUNGER THAN HIM. AFTER HE WASWRONGFULLY FIRED, THE DEFENDANTS KEPT A YOUNGER WORKER AT THE TIME-ROSELYN TORRES. BUT DID NOTHING ABOUT THIS INCIDENT ON JUNE 22, 2024 OTHER THAN BLAMED THE PLAINTIFF AND SAID TRAIN HER RIGHT, SAYING ROSELYN WAS YOUNG A BRIGHT LADY AND WHY DOESN'T THE PLAINTIFF LIKE HER. THREE MOTHS AFTER HIS EEO ACTIVITY. AND (IF) ROSELYN TORRES NO LONGER WORK THERE, WHEN WAS SHE LET GO AND WHY. IS BECAUSE OF EVERTHING THE PLAINTIFF IS STATING?IN ADDITION SEE PLAINTIFF'S EXHIBIT 2 PAGES 110-111.

*$2.1M Payout Shows Risk in Senior Staff Cuts*

**Title VII of the Civil Rights Act of 1964**

*EDITOR'S NOTE: The following is the text of Title VII of the Civil Rights Act of 1964 (Title VII) (Pub. L. 88-352), as amended. Title VII is codified at 42 U.S.C. 2000e*

no co-worker answered. The plaintiff emailed Kim fifi's boss and told her because I had to reach somebody to help Me. and Roslyn blocked my number. So, the Officer looked for the Key and found it, this was **July 16th, 2025**. the plaintiff told fifi this is the third time that you wrote something up after I notified your boss when I could not reach you! (Fifi said stop emailing her boss and come and talk to her and trust her, after that she said that she was still upset that I reported her to EEO the first time, she said that she was still hurt by it.) This was the second time leaving out of the office because fifi created a HOSTILE Work environment. The plaintiff went through the warehouse later to go back to the office, 2 feet from the door fifi was closing the door, she seen him coming and slammed the door shut and locked it. Then fifi said, goodnight. Because he had to work the night shift and Fifi promoted Roslyn to the day shift. A shift that I wanted when I started working for Aafes months before Roslyn started.

Qumar a Muslim and Roselyn are light skinned Spanish and Pakistan and Roselyn is a 20-year-old female with no experience or transportation and given the day Shift at McNair and was given the Plaintiff's Disability Accommodation chair. I AM A 49 and 48 at the time and a Disabled dark skinned African Black Man Christian. The Army Air- Force Exchange Services.

**On July 20,2025** Fifi told the plaintiff that he had to come in and relieve Roselyn, that she gets off at 1430 PM. The told Fifi that it was Discriminating because Roselyn does not want to come in and relieve him when he is on duty. Fifi told him that he had to but when the plaintiff showed UP for Work that day, (Roselyn did

*HARASSMENT*: THE ADEA ALSO PROHIBITS HARASSMENT BASED ON AGE, WHICH CAN INCLUDE OFFENSIVE REMARKS OR CREATING A HOSTILE WORK ENVIRONMENT DUE TO AN INDIVIDUAL'S AGE. SEE PLAINTIFF'S EXHIBIT 1 PAGE 51-52-54-55. IN *SHEPHARD V. CROSSCOUNTRY MORTGAGE*, A JURY AWARDED A FORMER CPA $2.1 MILLION AFTER FINDING SHE WAS TERMINATED DUE TO AGE DISCRIMINATION.

*SEE PLAINTIFF EXHIBIT 1 PAGES 11-21 AND 40 ALSO-EXHIBIT 2 PAGE 61-62.* EVERYONE THE STORE MANGER HIRED AFTER THE PLAINTIFF WAS HIRED, WERE YOUNGER THAN HIM. AFTER HE WASWRONGFULLY FIRED. THE DEFENDANTS KEPT A YOUNGER WORKER AT THE TIME-ROSELYN TORRES. BUT DID NOTHING ABOUT THIS INCIDENT ON JUNE 22, 2024 OTHER THAN BLAMED THE PLAINTIFF AND SAID TRAIN HER RIGHT. SAYING ROSELYN WAS YOUNG A BRIGHT LADY AND WHY DOESN'T THE PLAINTIFF LIKE HER. THREE MOTHS AFTER HIS EEO ACTIVITY. AND (IF) ROSELYN TORRES NO LONGER WORK THERE. WHEN WAS SHE LET GO AND WHY. IS BECAUSE OF EVERTHING THE PLAINTIFF IS STATING?IN ADDITION SEE PLAINTIFF'S EXHIBIT 2 PAGES 110-111.

*$2.1M Payout Shows Risk in Senior Staff Cuts*

Title VII of the Civil Rights Act of 1964

*EDITOR'S NOTE: The following is the text of Title VII of the Civil Rights Act of 1964 (Title VII) (Pub. L. 88-352), as amended. Title VII is codified at 42 U.S.C. 2000e*

not show up, a no call a no show) at all and Fifi and Qumar had to come in that morning shift.

**On July 20th, 2025,** the plaintiff's cashier Marylou told him when he got to work that Roselyn was another no call no show. She had to wait outside for Qumar to come and let her in the store. Roselyn was supposed to be there at 6 AM but Qamar did not get there until 9 AM. It should be on the Attendance and time Sheet. Marylou was there at 6 AM. The Army Air Force Exchange Service was looking to replace the plaintiff with a younger worker female because of his **EEO engagements in January 2025 and July 17th, 2025.**

Prior to all those issues, Fifi hardly ever used the Rover Workers for DC McNair office, she would put it on the plaintiff out of retaliation, but the Rovers were hired to go to McNair and relieve staff/

**On July 30,** 2025, Mr. Fernando complains to the plaintiff the facility manager at the time when he gets to work that fifi has not given him a break again. That day while giving Fernado a break the UPS Delivery driver asked the plaintiff for some unknown reason, was he back in day shift, he Said no.

"So why on **July 31, 2025,** EEO Investigator Maria Rodriguez sends an email about Kim Neiss, The General Manager and Fifi aka Sarfeyah, Peterkin the Store Manger Settlement counteroffer to the plaintiff's work email. If they found no wrong doings?" The plaintiff was the hired as a Shift Manager, and whoever is the

*HARASSMENT*: THE ADEA ALSO PROHIBITS HARASSMENT BASED ON AGE, WHICH CAN INCLUDE OFFENSIVE REMARKS OR CREATING A HOSTILE WORK ENVIRONMENT DUE TO AN INDIVIDUAL'S AGE. SEE PLAINTIFF'S EXHIBIT 1 PAGE 51-52-54-55. IN *SHEPHARD V. CROSSCOUNTRY MORTGAGE*, A JURY AWARDED A FORMER CPA $2.1 MILLION AFTER FINDING SHE WAS TERMINATED DUE TO AGE DISCRIMINATION.

*SEE PLAINTIFF EXHIBIT 1 PAGES 11-21 AND 40 ALSO-EXHIBIT 2 PAGE 61-62.* EVERYONE THE STORE MANGER HIRED AFTER THE PLAINTIFF WAS HIRED, WERE YOUNGER THAN HIM. AFTER HE WASWRONGFULLY FIRED, THE DEFENDANTS KEPT A YOUNGER WORKER AT THE TIME-ROSELYN TORRES. BUT DID NOTHING ABOUT THIS INCIDENT ON JUNE 22, 2024 OTHER THAN BLAMED THE PLAINTIFF AND SAID TRAIN HER RIGHT. SAYING ROSELYN WAS YOUNG A BRIGHT LADY AND WHY DOESN'T THE PLAINTIFF LIKE HER. THREE MOTHS AFTER HIS EEO ACTIVITY. AND (IF) ROSELYN TORRES NO LONGER WORK THERE. WHEN WAS SHE LET GO AND WHY. IS BECAUSE OF EVERTHING THE PLAINTIFF IS STATING?IN ADDITION SEE PLAINTIFF'S EXHIBIT 2 PAGES 110-111.

*$2.1M Payout Shows Risk in Senior Staff Cuts*

**Title VII of the Civil Rights Act of 1964**

*EDITOR'S NOTE: The following is the text of Title VII of the Civil Rights Act of 1964 (Title VII) (Pub. L. 88-352), as amended. Title VII is codified at 42 U.S.C. 2000e*

active Shift Manger there on Duty, is the Store Manager and have control over the whole facility, according to fifi. **The plaintiff did not accept Kim Neiss and Fifi second Settlement Offer about Sex, Race, Disability, Age, Religion, Reprisal, Genetic Information EEO Complaint on July 31, 2025, nothing was mentioned in the Settlement Offer About those complaints arising again, Kimberly Neiss Violated the plaintiff's Title VII.**

Again, the plaintiff was hired to work at his duty location in FACILITY NAME: JBMHH EXPRESS Fort Myer in Arlington Virginia, FACILITY NUMBER 0330100-000 BUT his accommodation settlement agreement for his disability accommodation, supposes to be at **Fort Leslie McNair in Washington DC,** a different facility name and number, where the settlement accommodation was taken from him and given to his female younger co-worker Roselyn, immediately after she was hired in February of 2025. She is or was approximately 20 years old at the time and is a Spanish woman and the plaintiff is a 49-year-old black man with a permanent physical disability according to his medical report with Social Security. Roselyn was treated better than the plaintiff, and put in his EEO settlement agreement position, with his accommodation chair on the day shift because of the defendant's retaliation regarding the plaintiff 's EEO Complaint in January of 2025 and that was supposed to have settled in March of 2025 without breaking the agreement. The plaintiff was placed back in Virginia on the night shift with his disability chair taken from him there as well. By the defendants breaking the settlement agreement additional discrimination has occurred in **AGE, RACE, SEX AND DISABILTY**! Also referencing page 2 and page 6 of this complaint.

*HARASSMENT*: THE ADEA ALSO PROHIBITS HARASSMENT BASED ON AGE, WHICH CAN INCLUDE OFFENSIVE REMARKS OR CREATING A HOSTILE WORK ENVIRONMENT DUE TO AN INDIVIDUAL'S AGE. SEE PLAINTIFF'S EXHIBIT 1 PAGE 51-52-54-55. IN *SHEPHARD V. CROSSCOUNTRY MORTGAGE*, A JURY AWARDED A FORMER CPA $2.1 MILLION AFTER FINDING SHE WAS TERMINATED DUE TO AGE DISCRIMINATION.

*SEE PLAINTIFF EXHIBIT 1 PAGES 11-21 AND 40 ALSO-EXHIBIT 2 PAGE 61-62*. EVERYONE THE STORE MANGER HIRED AFTER THE PLAINTIFF WAS HIRED, WERE YOUNGER THAN HIM. AFTER HE WASWRONGFULLY FIRED, THE DEFENDANTS KEPT A YOUNGER WORKER AT THE TIME-ROSELYN TORRES. BUT DID NOTHING ABOUT THIS INCIDENT ON JUNE 22, 2024 OTHER THAN BLAMED THE PLAINTIFF AND SAID TRAIN HER RIGHT, SAYING ROSELYN WAS YOUNG A BRIGHT LADY AND WHY DOESN'T THE PLAINTIFF LIKE HER. THREE MOTHS AFTER HIS EEO ACTIVITY. AND (IF) ROSELYN TORRES NO LONGER WORK THERE, WHEN WAS SHE LET GO AND WHY. IS BECAUSE OF EVERTHING THE PLAINTIFF IS STATING?IN ADDITION SEE PLAINTIFF'S EXHIBIT 2 PAGES 110-111.

*$2.1M Payout Shows Risk in Senior Staff Cuts*

Title VII of the Civil Rights Act of 1964

*EDITOR'S NOTE: The following is the text of Title VII of the Civil Rights Act of 1964 (Title VII) (Pub. L. 88-352), as amended. Title VII is codified at 42 U.S.C. 2000e*

"In Virginia, **disability rights in the workplace** are protected by several laws, including the Viginians **with Disabilities Act (VDA)** and the **Americans with Disabilities Act ( ADA).**

Virginia human Rights Act prohibit employers from retaliating against and employee who oppose discriminatory practices."

" In recent judicial decisions across the United States, a series of federal juries have handed down significant monetary awards in cases related to racial discrimination in the workplace, spotlighting the ongoing issues of racism in employment and the legal repercussions that can ensue. These cases not only highlight the personal toll on affected workers but also underscore the potential financial impact on companies found guilty of discriminatory practices.

A notable verdict came from a Pennsylvania federal jury, which awarded $20.5 million to a Black customer service representative after finding she had been subjected to a hostile work environment. Similarly, in Indiana, a Black job applicant who was not hired due to racial discrimination received over $1 million. An Iranian research scientist in Alabama was awarded more than $3.8 million for racial and national origin harassment, and in a striking decision, a Black UPS driver in Washington was awarded $238 million after being subjected to racial discrimination."

**On March 20, 2025**, Fifi only had one manger's meeting that was canceled.
*HARASSMENT:* THE ADEA ALSO PROHIBITS HARASSMENT BASED ON AGE, WHICH CAN INCLUDE OFFENSIVE REMARKS OR CREATING A HOSTILE WORK ENVIRONMENT DUE TO AN INDIVIDUAL'S AGE. SEE PLAINTIFF'S EXHIBIT 1 PAGE 51-52-54-55. IN *SHEPHARD V. CROSSCOUNTRY MORTGAGE,* A JURY AWARDED A FORMER CPA $2.1 MILLION AFTER FINDING SHE WAS TERMINATED DUE TO AGE DISCRIMINATION.

*SEE PLAINTIFF EXHIBIT 1 PAGES 11-21 AND 40 ALSO-EXHIBIT 2 PAGE 61-62.* EVERYONE THE STORE MANGER HIRED AFTER THE PLAINTIFF WAS HIRED, WERE YOUNGER THAN HIM. AFTER HE WASWRONGFULLY FIRED, THE DEFENDANTS KEPT A YOUNGER WORKER AT THE TIME-ROSELYN TORRES, BUT DID NOTHING ABOUT THIS INCIDENT ON JUNE 22, 2024 OTHER THAN BLAMED THE PLAINTIFF AND SAID TRAIN HER RIGHT, SAYING ROSELYN WAS YOUNG A BRIGHT LADY AND WHY DOESN'T THE PLAINTIFF LIKE HER. THREE MOTHS AFTER HIS EEO ACTIVITY. AND (IF) ROSELYN TORRES NO LONGER WORK THERE. WHEN WAS SHE LET GO AND WHY. IS BECAUSE OF EVERTHING THE PLAINTIFF IS STATING?IN ADDITION SEE PLAINTIFF'S EXHIBIT 2 PAGES 110-111.

*$2.1M Payout Shows Risk in Senior Staff Cuts*

Title VII of the Civil Rights Act of 1964

*EDITOR'S NOTE: The following is the text of Title VII of the Civil Rights Act of 1964 (Title VII) (Pub. L. 88-352), as amended. Title VII is codified at 42 U.S.C. 2000e*

The plaintiff filed a Formal Complaint on or about **August 14th, 2025.** The Army Air Force Exchange and Services are still under EEO investigation for firing the plaintiff. Also, at this time the computer, internet and gas pumps were still down from a lightning strike that hit the building months prior. My Job performance before or All this is because I filed EEO Complaint. Yes, the Claimant was upset at Kim and Fifi because they were overlooking his workplace complaints. To him they appeared just as guilty as Roselyn.

**On Augus 29th, 2025** The plaintiff received an email from EEO that they needed more time a 90-days extension request, to add to the180 days to complete the Discrimination Investigation. The Claimant approved it in writing. **On September 3rd, 2025.**

**On October 29th, 2025,** the plaintiff received another email from EEO that the government is shut down and there are no investigations going on right now. How the representative for Aafes was informed of no wrong doings is completely beyond me but they wanted to Settle because they know Fifi if guilty and has put all their jobs in jeopardy.

On April 8th, 2026, the 180 days passed the Investigation ended. Again, this is not a case of misconduct for firing the plaintiff as the defendants argued in unemployment but of Retaliation and Discrimination he suffered while working for the defendants. The plaintiff had his car repossessed a BMW

*HARASSMENT*: THE ADEA ALSO PROHIBITS HARASSMENT BASED ON AGE, WHICH CAN INCLUDE OFFENSIVE REMARKS OR CREATING A HOSTILE WORK ENVIRONMENT DUE TO AN INDIVIDUAL'S AGE. SEE PLAINTIFF'S EXHIBIT 1 PAGE 51-52-54-55. IN *SHEPHARD V. CROSSCOUNTRY MORTGAGE,* A JURY AWARDED A FORMER CPA $2.1 MILLION AFTER FINDING SHE WAS TERMINATED DUE TO AGE DISCRIMINATION.

*SEE PLAINTIFF EXHIBIT 1 PAGES 11-21 AND 40 ALSO-EXHIBIT 2 PAGE 61-62.* EVERYONE THE STORE MANGER HIRED AFTER THE PLAINTIFF WAS HIRED, WERE YOUNGER THAN HIM. AFTER HE WASWRONGFULLY FIRED, THE DEFENDANTS KEPT A YOUNGER WORKER AT THE TIME-ROSELYN TORRES. BUT DID NOTHING ABOUT THIS INCIDENT ON JUNE 22, 2024 OTHER THAN BLAMED THE PLAINTIFF AND SAID TRAIN HER RIGHT. SAYING ROSELYN WAS YOUNG A BRIGHT LADY AND WHY DOESN'T THE PLAINTIFF LIKE HER. THREE MOTHS AFTER HIS EEO ACTIVITY. AND (IF) ROSELYN TORRES NO LONGER WORK THERE. WHEN WAS SHE LET GO AND WHY. IS BECAUSE OF EVERTHING THE PLAINTIFF IS STATING?IN ADDITION SEE PLAINTIFF'S EXHIBIT 2 PAGES 110-111.

*$2.1M Payout Shows Risk in Senior Staff Cuts*

**Title VII of the Civil Rights Act of 1964**

*EDITOR'S NOTE: The following is the text of Title VII of the Civil Rights Act of 1964 (Title VII) (Pub. L. 88-352), as amended. Title VII is codified at 42 U.S.C. 2000e*

2019 530 E. The plaintiff suffered medical problems. The plaintiff lost his health and life insurance with the Agency. The plaintiff became behind in his bills and is now on warfare etc. Because of the plaintiff's current financial situation, he is requesting this court to appoint the plaintiff counsel **§ 16.1-267** for a jury trial **§ 19.2-159** or a summary Judgment in his favor **Code § 8.01-377.1**. The plaintiff could not find counsel. The Defendant had no remarks on separating the plaintiff from his gainful employment, nothing is documented on the plaintiff's SF50 Equivalent other than separation of employment during probation period, written up a day after he refused the counteroffer to his$117, 000.000.000 settlement alleviations etc. **See plaintiff's Exhibit 1 page 33**. unfortunately, the plaintiff doesn't have Roselyn Herrera Torres SF-50 Equivalent at this time to show her race and age. Nor does he have Qumar Abdullah's but what is written in the complaints are facts. The defendant's HR Employee Relation Department, Cathie Young has testified that the plaintiff was working nights, and Roselyn was working days also under oath and that the plaintiff stated he was being provoked. The plaintiff is requesting that his unemployment benefits be reinstated as well. The plaintiff spoke to Virginia's unemployment about being discriminated against but was told that's not there judgement. **EXECUTIVE ORDER 1through 16 (2026).**"Virginia governors have long issued executive orders banning discrimination — often racial, religious, or sex-based — because these measures serve both **symbolic and practical purposes**, even when such protections are already covered by state or federal law."

*HARASSMENT*: THE ADEA ALSO PROHIBITS HARASSMENT BASED ON AGE, WHICH CAN INCLUDE OFFENSIVE REMARKS OR CREATING A HOSTILE WORK ENVIRONMENT DUE TO AN INDIVIDUAL'S AGE. SEE PLAINTIFF'S EXHIBIT 1 PAGE 51-52-54-55. IN *SHEPHARD V. CROSSCOUNTRY MORTGAGE*, A JURY AWARDED A FORMER CPA $2.1 MILLION AFTER FINDING SHE WAS TERMINATED DUE TO AGE DISCRIMINATION.

*SEE PLAINTIFF EXHIBIT 1 PAGES 11-21 AND 40 ALSO-EXHIBIT 2 PAGE 61-62.* EVERYONE THE STORE MANGER HIRED AFTER THE PLAINTIFF WAS HIRED, WERE YOUNGER THAN HIM. AFTER HE WASWRONGFULLY FIRED, THE DEFENDANTS KEPT A YOUNGER WORKER AT THE TIME-ROSELYN TORRES. BUT DID NOTHING ABOUT THIS INCIDENT ON JUNE 22, 2024 OTHER THAN BLAMED THE PLAINTIFF AND SAID TRAIN HER RIGHT, SAYING ROSELYN WAS YOUNG A BRIGHT LADY AND WHY DOESN'T THE PLAINTIFF LIKE HER. THREE MOTHS AFTER HIS EEO ACTIVITY. AND (IF) ROSELYN TORRES NO LONGER WORK THERE, WHEN WAS SHE LET GO AND WHY, IS BECAUSE OF EVERTHING THE PLAINTIFF IS STATING?IN ADDITION SEE PLAINTIFF'S EXHIBIT 2 PAGES 110-111.

*$2.1M Payout Shows Risk in Senior Staff Cuts*

Title VII of the Civil Rights Act of 1964

*EDITOR'S NOTE: The following is the text of Title VII of the Civil Rights Act of 1964 (Title VII) (Pub. L. 88-352), as amended. Title VII is codified at 42 U.S.C. 2000e*

**Rule 3:20** of the Virginia Supreme Court Rules of Practice and Procedure provides that a motion for summary judgment may be made at any time after the parties are at issue (except in divorce or annulment cases). If the court finds that the moving party is entitled to judgment based on pleadings, admissions, or other evidence, it may enter judgment in that party's favor. **Virginia HB 1895 and § 40.1-28.01** Virginia House Bill 1895 (2023), signed into law on March 24, 2023, amended and reenacted **§ 40.1-28.01** of the Virginia Code to strengthen protections for employees making claims of **sexual., assault** or **sexual harassments.**

"A recent **federal employee case** illustrates this: after raising concerns about discriminatory treatment via email, the employee was verbally counseled and later reassigned, which the court found constituted retaliation. The judge concluded the Agency's actions were directly linked to the protected activity, awarding employee relief; EEOC statistics show that retaliation is the most common basis in discrimination charges, with nearly half of all private-sector charges in FY 2024 alleging retaliation. The agency secured over $469 million in administrative settlements and $40 million in litigation, often without going to trial."

REMARKS OR CREATING A HOSTILE WORK ENVIRONMENT DUE TO AN INDIVIDUAL'S AGE. SEE PLAINTIFF'S EXHIBIT 1 PAGE 51-52-54-55. IN *SHEPHARD V. CROSSCOUNTRY MORTGAGE*, A JURY AWARDED A FORMER CPA $2.1 MILLION AFTER FINDING SHE WAS TERMINATED DUE TO AGE DISCRIMINATION.

*SEE PLAINTIFF EXHIBIT 1 PAGES 11-21 AND 40 ALSO-EXHIBIT 2 PAGE 61-62.* EVERYONE THE STORE MANGER HIRED AFTER THE PLAINTIFF WAS HIRED, WERE YOUNGER THAN HIM. AFTER HE WASWRONGFULLY FIRED, THE DEFENDANTS KEPT A YOUNGER WORKER AT THE TIME-ROSELYN TORRES. BUT DID NOTHING ABOUT THIS INCIDENT ON JUNE 22, 2024 OTHER THAN BLAMED THE PLAINTIFF AND SAID TRAIN HER RIGHT, SAYING ROSELYN WAS YOUNG A BRIGHT LADY AND WHY DOESN'T THE PLAINTIFF LIKE HER. THREE MOTHS AFTER HIS EEO ACTIVITY. AND (IF) ROSELYN TORRES NO LONGER WORK THERE, WHEN WAS SHE LET GO AND WHY, IS BECAUSE OF EVERTHING THE PLAINTIFF IS STATING?IN ADDITION SEE PLAINTIFF'S EXHIBIT 2 PAGES 110-111.

*$2.1M Payout Shows Risk in Senior Staff Cuts*

**Title VII of the Civil Rights Act of 1964**

*EDITOR'S NOTE: The following is the text of Title VII of the Civil Rights Act of 1964 (Title VII) (Pub. L. 88-352), as amended. Title VII is codified at 42 U.S.C. 2000e*

" The **Department of Defense (DOD)** is the largest employer of federal civilians in the United States, employing **over 700,000 people** across its three military departments and numerous defense agencies. "

# "Department of Defense Spending in FY 2025

In **FY 2025**, the U.S. Department of Defense (DOD) spent about **$919.2 billion** on national defense, which accounted for roughly **13% of the federal budget** and made it the government's fifth-largest expenditure., "The Exchange's **total revenue** in 2024 was reported at **$8.5 billion**, with the convenience channel (Express stores)." "The **Army and Air Force Exchange Service (AAFES)**, also known as The Exchange, has its headquarters located in Dallas, Texas, where over **2,000 employees** work across multiple departments to support its mission of serving military personnel, their families, and government employees."

_HARASSMENT_: THE ADEA ALSO PROHIBITS HARASSMENT BASED ON AGE, WHICH CAN INCLUDE OFFENSIVE REMARKS OR CREATING A HOSTILE WORK ENVIRONMENT DUE TO AN INDIVIDUAL'S AGE. SEE PLAINTIFF'S EXHIBIT 1 PAGE 51-52-54-55. IN _SHEPHARD V. CROSSCOUNTRY MORTGAGE_, A JURY AWARDED A FORMER CPA $2.1 MILLION AFTER FINDING SHE WAS TERMINATED DUE TO AGE DISCRIMINATION.

_SEE PLAINTIFF EXHIBIT 1 PAGES 11-21 AND 40 ALSO-EXHIBIT 2 PAGE 61-62._ EVERYONE THE STORE MANGER HIRED AFTER THE PLAINTIFF WAS HIRED, WERE YOUNGER THAN HIM. AFTER HE WASWRONGFULLY FIRED, THE DEFENDANTS KEPT A YOUNGER WORKER AT THE TIME-ROSELYN TORRES, BUT DID NOTHING ABOUT THIS INCIDENT ON JUNE 22, 2024 OTHER THAN BLAMED THE PLAINTIFF AND SAID TRAIN HER RIGHT, SAYING ROSELYN WAS YOUNG A BRIGHT LADY AND WHY DOESN'T THE PLAINTIFF LIKE HER. THREE MOTHS AFTER HIS EEO ACTIVITY. AND (IF) ROSELYN TORRES NO LONGER WORK THERE, WHEN WAS SHE LET GO AND WHY, IS BECAUSE OF EVERTHING THE PLAINTIFF IS STATING?IN ADDITION SEE PLAINTIFF'S EXHIBIT 2 PAGES 110-111.

_$2.1M Payout Shows Risk in Senior Staff Cuts_

Title VII of the Civil Rights Act of 1964

_EDITOR'S NOTE: The following is the text of Title VII of the Civil Rights Act of 1964 (Title VII) (Pub. L. 88-352), as amended. Title VII is codified at 42 U.S.C. 2000e_

## CERTIFICATE OF SERVICE

Sent to

Pete Hegseth

**Dept. Of Defense/War**

**1000 Defense Pentagon**

**Washington, DC 20301-1000**

**Peterkin, Safiya 204 Pershing Lane Fort Myer Virginia 22211**

**Kim Neiss 6905 GORGAS RD BLDG 2304FORT BELVOIR VA 22060**

IN ADDITTION THE STORE MANAGER MRS.PETERKIN AKA FIFI ASKED ONE OF THE ROVER WORKERS TO COME TO HER OFFICE ONE DAY, WHERE THE PLAINTIFF WAS BECAUSE SHE SAID THAT I LOOK YOUNGER THAN KEENAN AND SHE ASKED HIM THEN HOW OLD WAS HE AND HE RESPONDED 35. THEN FIFI SAID TO HIM, WHY YOU WEAR THEM TIGHT CLOTHING AND NOT LOOSE LIKE LESTER? I THE PLAINTIFF FELT FOR HIM.BUT KEENAN SAID HE DIDN'T WANT TO GET BETWEEN IT. IT SHOULD BE ON VIDEO. OR ASK KEENAN HIMSELF.

Respectfully Submitted,

Pro se Mr. Lester Fletcher

_HARASSMENT_: THE ADEA ALSO PROHIBITS HARASSMENT BASED ON AGE, WHICH CAN INCLUDE OFFENSIVE REMARKS OR CREATING A HOSTILE WORK ENVIRONMENT DUE TO AN INDIVIDUAL'S AGE. SEE PLAINTIFF'S EXHIBIT 1 PAGE 51-52-54-55. IN _SHEPHARD V. CROSSCOUNTRY MORTGAGE_, A JURY AWARDED A FORMER CPA $2.1 MILLION AFTER FINDING SHE WAS TERMINATED DUE TO AGE DISCRIMINATION.

_SEE PLAINTIFF EXHIBIT 1 PAGES 11-21 AND 40 ALSO-EXHIBIT 2 PAGE 61-62._ EVERYONE THE STORE MANGER HIRED AFTER THE PLAINTIFF WAS HIRED, WERE YOUNGER THAN HIM. AFTER HE WASWRONGFULLY FIRED, THE DEFENDANTS KEPT A YOUNGER WORKER AT THE TIME-ROSELYN TORRES. BUT DID NOTHING ABOUT THIS INCIDENT ON JUNE 22, 2024 OTHER THAN BLAMED THE PLAINTIFF AND SAID TRAIN HER RIGHT. SAYING ROSELYN WAS YOUNG A BRIGHT LADY AND WHY DOESN'T THE PLAINTIFF LIKE HER. THREE MOTHS AFTER HIS EEO ACTIVITY. AND (IF) ROSELYN TORRES NO LONGER WORK THERE. WHEN WAS SHE LET GO AND WHY. IS BECAUSE OF EVERTHING THE PLAINTIFF IS STATING?IN ADDITION SEE PLAINTIFF'S EXHIBIT 2 PAGES 110-111.

_$2.1M Payout Shows Risk in Senior Staff Cuts_

**Title VII of the Civil Rights Act of 1964**

_EDITOR'S NOTE: The following is the text of Title VII of the Civil Rights Act of 1964 (Title VII) (Pub. L. 88-352), as amended. Title VII is codified at 42 U.S.C. 2000e_

Case 1:26-cv-01707-MSN-WEF   Document 1   Filed 06/17/26   Page 42 of 42 PageID# 42

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
_____Alexandria_____DIVISION

_Mr. Lester Fowler_
Plaintiff(s),

v.

Civil Action Number: _4:26cv 1707-MSN-WEF_

_Pete Hegseth_
Defendant(s),

_2nd Rates_

LOCAL RULE 83.1 (N) CERTIFICATION

I declare under penalty of perjury that:

No attorney has prepared or assisted in the preparation of _Retaliation Discrimination_.
(Title of Document)

_Lester Flepher_
Name of *Pro Se* Party (Print or Type)

_____
Signature of *Pro Se* Party

Executed on: _6-17-2026_ (Date)

OR

The following attorney(s) prepared or assisted me in preparation of _____.
(Title of Document)

_____
(Name of Attorney)

_____
(Address of Attorney)

_____
(Telephone Number of Attorney)
Prepared, or assisted in the preparation of, this document.

_____
(Name of *Pro Se* Party (Print or Type)

_____
Signature of *Pro Se* Party

Executed on: _____ (Date)